PLEASE PRESS FI

OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7015 1520 0002 2404 7420

PITNEY BOWES

$012.20⁰

02 1P
0001024042 JAN 15 2016
MAILED FROM ZIP CODE 47713

From: /Expéditeur:

**BIESECKER, DUTKANYCH & MACER LLC**
411 Main St. Evansville, IN 47708

United States District Court
Southern District of Indiana
121 West Spring Street, Room 210
New Albany, IN 47150

RECEIVED
US DISTRICT COURT
NEW ALBANY DIVISION
JAN 19 2016
LAURA A. BRIGGS

kage pickup right from your home or office at usps.com/pickup
online — Go to usps.com/postageonline

ESS FIRMLY

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. ... January 2011; All rights reserved.

Tyvek®