UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel*. JESSICA KIETZMAN,<br><br>Plaintiffs/Relator,<br>v.<br><br>THE BETHANY CIRCLE OF KING'S DAUGHTERS OF MADISON, INDIANA, INC. d/b/a The King's Daughters' Hospital and Health Services,<br><br>Defendants. | ) | Case No. 4:16-cv-00009-SEB-DML<br><br>**UNDER SEAL** |

**THE GOVERNMENT'S NOTICE OF ELECTION TO**
**<u>DECLINE INTERVENTION</u>**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves

its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim.

The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

*s/ Shelese Woods*
Shelese Woods
Assistant United States Attorney

ATTORNEY FOR THE
UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of the foregoing upon the Relator, by filing a copy under seal with the Court's CM-ECF system and which will be electronically served to the following counsel of record on this 16th day of September, 2016.

Christopher Wiest
Attorney at Law, PLLC
25 Town Center Blvd, STE 104
Crestview Hills, KY 41017

Andrew Dutkanych
Krista A. Willike
BIESECKER DUTKANYCH & MACER, LLC
101 North 7th St.
Louisville, KY 40202

*s/ Shelese Woods*
Shelese Woods
Assistant United States Attorney

Office of the United States Attorney
10 West Market Street
Suite 2100
Indianapolis, Indiana 46204
shelese.woods@usdoj.gov
Telephone: (317) 226-6333