UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. JESSICA KIETZMAN,<br><br>Plaintiffs/Relator,<br>v.<br><br>THE BETHANY CIRCLE OF KING'S<br>DAUGHTERS OF MADISON,<br>INDIANA, INC. d/b/a<br>The King's Daughters' Hospital and<br>Health Services,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:16-cv-00009-SEB-DML |

**ORDER**

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. The contents of the Court's file in this action filed before the Court's Order unsealing this case and filed ex parte remain under seal and not be made public.

2. the parties shall serve all future pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

3. the parties shall serve all notices of appeal upon the United States;

4. all orders of this Court shall be sent to the United States; and that

5. should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This _____ day of ___________, 2016.

________________________________
United States District Judge

Distribution: This order will be distributed electronically to all counsel of record.