AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

UNITED STATES OF AMERICA, ex. rel. Jessica Kietzman and Jessica Kietzman

*Plaintiff(s)*

v.

THE BETHANY CIRCLE OF KING'S DAUGHTERS' OF MADISON, INDIANA, INC.

*Defendant(s)*

Civil Action No. 4:16-cv-9-SEB-DML

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Bethany Circle of King's Daughters' of Madison, Indiana, Inc.
c/o Carol Dozier, Registered Agent
1373 E. SR 62
Madison, IN 47250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Christopher Wiest
Chris Wiest, AAL PLLC
25 Town Center Blvd, STE 104
Crestview Hills, KY 41017
chris@cwiestlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Laura A. Briggs*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Date: 11/23/2016

BY: Maggie Trigg
*Deputy Clerk*

Civil Action No. 4:16-cv-9-SEB-DML

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* The Bethany Circle of King's Daughters' of Madison, Indiana,

was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________

____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________

____________ , a person of suitable age and discretion who resides there,

on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ____________

____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

____________

*Server's signature*

____________

*Printed name and title*

____________

*Server's address*

Additional information regarding attempted service, etc: