UNITED STATES DISTRICT COURT
Southern District Of Indiana
New Albany Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. JESSICA KIETZMAN<br>Plaintiff<br><br>v.<br><br>THE BETHANY CIRCLE OF KING'S DAUGHTERS' OF MADISON, INDIANA, INC. d/b/a/ The King's Daughters' Hospital and Health Services<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 4:16-cv-00009-SEB-DML |

**APPEARANCE OF COUNSEL**

TO: The Clerk of Court and All parties of Record.

I am admitted or otherwise authorized to practice in this court and I appear in this case as counsel for:

The Bethany Circle of King's Daughters' of Madison, Indiana, Inc.
d/b/a The King's Daughters' Hospital and Health Services

Date: December 6, 2016

Respectfully submitted,

s/Rodney L. Scott

Rodney L. Scott, Atty. #14650-49
WATERS, TYLER,
HOFMANN & SCOTT, LLC
1947 East Spring Street
New Albany, IN 47150-1658
Phone: (812) 949-1114
Fax: (812) 949-2189
E-mail: rscott@wthslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2016 a copy of the foregoing Appearance of Counsel was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Christopher Wiest
Chris Wiest, AAL PLLC
25 Town Center Blvd, Ste 104
Crestview Hills, KY 41017
chris@cwiestlaw.com

Andrew Dutkanych
Krista A. Willike
BIESECKER DUTKANYCH & MACER, LLC
101 N. 7th Street
Louisville, KY 40202
ad@bdlegal.com
kwillike@bdlegal.com

s/Rodney L. Scott

Rodney L. Scott, Atty. #14650-49
WATERS, TYLER,
HOFMANN & SCOTT, LLC
1947 East Spring Street
New Albany, IN 47150-1658
Phone: (812) 949-1114
Fax: (812) 949-2189
E-mail: *rscott@wthslaw.com*