AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

UNITED STATES OF AMERICA, ex. rel. Jessica Kietzman and Jessica Kietzman

*Plaintiff(s)*

v.

THE BETHANY CIRCLE OF KING'S DAUGHTERS' OF MADISON, INDIANA, INC.

*Defendant(s)*

Civil Action No. 4:16-cv-9-SEB-DML

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Bethany Circle of King's Daughters' of Madison, Indiana, Inc.
c/o Carol Dozier, Registered Agent
1373 E. SR 62
Madison, IN 47250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Christopher Wiest
Chris Wiest, AAL PLLC
25 Town Center Blvd, STE 104
Crestview Hills, KY 41017
chris@cwiestlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, Laura A. Briggs

Date: 11/23/2016

BY: Maggie Twigg
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:16-cv-9-SEB-DML

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* The Bethany Circle of King's Daughters' of Madison, Indiana,
was received by me on *(date)* 11/23/16.

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Carol Dozier, who is designated by law to accept service of process on behalf of *(name of organization)* The Bethany Circle of King's Daughters' of Madison, Indiana, Inc. on *(date)* 11/28/16 ; or

❒ I returned the summons unexecuted because ______ ; or

☒ Other *(specify)*: Served Certified mail, Return Receipt Requested – Served by USPS on 11/28/16

My fees are $ ______ for travel and $ 8.62 for services, for a total of $ ~~0.00~~ $8.62.

I declare under penalty of perjury that this information is true.

Date: 12/7/16

[signature]
*Server's signature*

Christopher Wiest Atty for Pl
*Printed name and title*

25 Town Center Blvd, Ste. 104
Crestview Hills, KY 41017
*Server's address*

Additional information regarding attempted service, etc: Chris@cwiestlaw.com

# USPS Tracking®

Still Have Questions?
Browse our FAQs ›

Get Easy Tracking Updates ›
Sign up for My USPS.

**Tracking Number:** 70161970000004402852

## Product & Tracking Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™ Return Receipt

**See tracking for related item:** 9590940306235183877595

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **November 28, 2016 , 9:06 am** | Delivered, Individual Picked Up at Postal Facility | **MADISON, IN 47250** |
| Your item was picked up at a postal facility at 9:06 am on November 28, 2016 in MADISON, IN 47250. | | |
| November 25, 2016 , 8:17 am | Available for Pickup | MADISON, IN 47250 |
| November 25, 2016 , 8:12 am | Available for Pickup | MADISON, IN 47250 |
| November 25, 2016 , 8:03 am | Arrived at Unit | MADISON, IN 47250 |
| November 24, 2016 , 5:34 pm | Departed USPS Destination Facility | INDIANAPOLIS, IN 46206 |
| November 24, 2016 , 12:35 pm | Arrived at USPS Destination Facility | INDIANAPOLIS, IN 46206 |
| November 23, 2016 , 10:50 pm | Arrived at USPS Facility | CINCINNATI, OH 45234 |
| November 23, 2016 , 6:26 pm | Departed Post Office | ERLANGER, KY 41018 |
| November 23, 2016 , 12:31 pm | Acceptance | ERLANGER, KY 41018 |

## Available Actions

Text Updates

Email Updates

## Track Another Package

Tracking (or receipt) number

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›

HELPFUL LINKS
- Contact Us
- Site Index
- FAQs

ON ABOUT.USPS.COM
- About USPS Home
- Newsroom
- USPS Service Updates
- Forms & Publications
- Government Services
- Careers

OTHER USPS SITES
- Business Customer Gateway
- Postal Inspectors
- Inspector General
- Postal Explorer
- National Postal Museum
- Resources for Developers

LEGAL INFORMATION
- Privacy Policy
- Terms of Use
- FOIA
- No FEAR Act EEO Data

Copyright © 2016 USPS. All Rights Reserved.

English Customer Service USPS Mobile Register / Sign In

USPS.COM

# USPS Tracking®

Still Have Questions?
Browse our FAQs ›

Get Easy Tracking Updates ›
Sign up for My USPS.

**Tracking Number:** **70161970000004402852**

## Product & Tracking Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™ Return Receipt

**See tracking for related item:** 9590940306235183877595

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **November 28, 2016 , 9:06 am** | Delivered, Individual Picked Up at Postal Facility | **MADISON, IN 47250** |

Your item was picked up at a postal facility at 9:06 am on November 28, 2016 in MADISON, IN 47250.

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| November 25, 2016 , 8:17 am | Available for Pickup | MADISON, IN 47250 |
| November 25, 2016 , 8:12 am | Available for Pickup | MADISON, IN 47250 |
| November 25, 2016 , 8:03 am | Arrived at Unit | MADISON, IN 47250 |
| November 24, 2016 , 5:34 pm | Departed USPS Destination Facility | INDIANAPOLIS, IN 46206 |
| November 24, 2016 , 12:35 pm | Arrived at USPS Destination Facility | INDIANAPOLIS, IN 46206 |
| November 23, 2016 , 10:50 pm | Arrived at USPS Facility | CINCINNATI, OH 45234 |
| November 23, 2016 , 6:26 pm | Departed Post Office | ERLANGER, KY 41018 |
| November 23, 2016 , 12:31 pm | Acceptance | ERLANGER, KY 41018 |

## Available Actions

Text Updates

Email Updates

## Track Another Package

Tracking (or receipt) number

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›

**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2016 USPS. All Rights Reserved.

=====================================

ERLANGER
3135 DIXIE HWY
ERLANGER
KY
41018-9998
2017660618
11/23/2016 (800)275-8777 12:32 PM

=====================================

=====================================

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Mail<br>Large Envelope<br>(Domestic)<br>(MADISON, IN 47250)<br>(Weight:0 Lb 8.30 Oz)<br>(Expected Delivery Day)<br>(Friday 11/25/2016) | 1 | $2.62 |
| Certified<br>(@@USPS Certified Mail #)<br>(70161970000004402852) | 1 | $3.30 |
| Return Receipt<br>(@@USPS Return Receipt #)<br>(9590940306235183877595) | 1 | $2.70 |
| Total | | $8.62 |
| Credit Card Remitd<br>(Card Name:MasterCard)<br>(Account #:XXXXXXXXXXXX2533)<br>(Approval #:07527C)<br>(Transaction #:166) | | $8.62 |

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit USPS.com USPS Tracking or call 1-800-222-1811.

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

*************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards available for purchase at select Post Offices.
*************************************

Order stamps at usps.com/shop or call 1-800-Stamp24. Go to usps.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.

*************************************
Get your mail when and where you want it with a secure Post Office Box. Sign up for a box online at usps.com/poboxes.
*************************************

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT POSTAL EXPERIENCE

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

MADISON IN 47250

Certified Mail Fee $ $3.30

Extra Services & Fees (*check box, add fee as appropriate*)
- ☐ Return Receipt (hardcopy) $ $2.70
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $ $0.00

Postage $ $2.62

Total Postage and Fees $ $8.62

Postmark Here

0618 18
11/23/2016

Sent To The Bethany Circle - Carl Dozier
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7016 1970 0000 0440 2852