UNITED STATES DISTRICT COURT
Southern District Of Indiana
New Albany Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. JESSICA KIETZMAN<br>Plaintiff | ) | |
| v. | ) | Case No.: 4:16-cv-00009-SEB-DML |
| THE BETHANY CIRCLE OF<br>KING'S DAUGHTERS' OF<br>MADISON, INDIANA, INC.<br>d/b/a/ The King's Daughters'<br>Hospital and Health Services<br>Defendant | ) | |

**RULE 7.1 DISCLOSURE OF DEFENDANT, THE BETHANY CIRCLE OF KING'S DAUGHTERS' OF MADISON, INDIANA, INC. d/b/a THE KING'S DAUGHTERS' HOSPITAL AND HEALTH SERVICES**

Defendant, The Bethany Circle of King's Daughters' of Madison, Indiana, Inc. d/b/a/ The King's Daughters' Hospital and Health Services, by counsel and pursuant to Federal Rule of Civil Procedure 7.1, discloses the following information: Defendant, The Bethany Circle of King's Daughters' of Madison, Indiana, Inc. d/b/a/ The King's Daughters' Hospital and Health Services, has no parent corporation and no publicly held corporation owns ten percent or more of its stock.

Respectfully submitted,

s/Rodney L. Scott

Rodney L. Scott, Atty. #14650-49
WATERS, TYLER,
HOFMANN & SCOTT, LLC
1947 East Spring Street
New Albany, IN 47150-1658
Phone: (812) 949-1114
Fax: (812) 949-2189
E-mail: *rscott@wthslaw.com*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2016 a copy of the foregoing Rule 7.1 Disclosure was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Christopher Wiest
Chris Wiest, AAL PLLC
25 Town Center Blvd, Ste 104
Crestview Hills, KY 41017
chris@cwiestlaw.com

Andrew Dutkanych
Krista A. Willike
BIESECKER DUTKANYCH & MACER, LLC
101 N. 7th Street
Louisville, KY 40202
ad@bdlegal.com
kwillike@bdlegal.com

s/Rodney L. Scott

Rodney L. Scott, Atty. #14650-49
WATERS, TYLER,
HOFMANN & SCOTT, LLC
1947 East Spring Street
New Albany, IN 47150-1658
Phone: (812) 949-1114
Fax: (812) 949-2189
E-mail: *rscott@wthslaw.com*