**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **JESSICA KIETZMAN,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**THE BETHANY CIRCLE OF KING'S DAUGHTERS' OF MADISON, INDIANA, INC. d/b/a The King's Daughters' Hospital and Health Services,**<br><br>**Defendant.** | **CASE NO. 4:16-CV-00009-SEB-DML**<br><br>**JOINT MOTION FOR STIPULATED EXTENSION OF TIME FOR THE BETHANY CIRCLE OF KING'S DAUGHTERS' OF MADISON, INDIANA, INC. TO MOVE OR PLEAD IN RESPONSE TO RELATOR'S FIRST AMENDED COMPLAINT** |

The parties hereby jointly move this Court for an order directing that Defendant The Bethany Circle of King's Daughters' of Madison, Indiana, Inc. shall have an additional extension of time for thirty (30) days to move or otherwise plead in response to Relator's First Amended Complaint, in accordance with S.D. Indiana Local Rule 6.1. Pursuant to stipulation and agreement among the parties, Defendant's responsive pleading originally due as a result of initial consultation between counsel would have been due on January 12, 2017 but will now be filed on or before February 13, 2017. Plaintiffs' Complaint is 85 paragraphs long and alleges significant facts dating back to 2000 which require significant effort and time. Additionally, Defendant has retained additional counsel and this extension is necessary to allow for Defendant's newly retained counsel to review and respond to Relator's pleading and allow for the parties' ongoing discussions regarding the potential resolution of this matter.

SEEN AND AGREED:

/s/ Rodney L. Scott
Rodney L. Scott, #14650-49
WATERS TYLER HOFMAN SCOTT, LLC
1947 E. Spring Street
New Albany, IN 47150-1658
Telephone: (812) 206-6044
Facsimile: (812) 949-2189
E-mail: rscott@wthslaw.com

*Admissions Pending:*

Michael W. Hawkins, Esq. (OH 00122707)
Jennifer Orr Mitchell, Esq. (OH 0069594)
Matthew S. Arend, Esq. (OH 0079688)
DINSMORE & SHOHL LLP
255 E. Fifth Street, Suite 1900
Cincinnati, OH 45202
Telephone: (513) 977-8200
Facsimile: (513) 977-8141
E-mails:
michael.hawkins@dinsmore.com
jennifer.mitchell@dinsmore.com
matthew.arend@dinsmore.com

*Counsel for Defendant*

/s/ Andrew Dutkanych
Andrew Dutkanych, #23551-49
Krista A. Willike, #32550-10
BIESECKER DUTKANYCH & MACER, LLC
101 N. 7th Street
Louisville, KY 40202
Telephone: (502) 561-3443
Facsimile: (502) 561-3444
E-mails: ad@bdlegal.com
kwillike@bdlegal.com

Christopher D. Wiest (KY 90725)
Chris Wiest, Attorney at Law, PLLC
25 Town Center Blvd, STE 104
Crestview Hills, KY 41017
Telephone: 859-486-6850
Facsimile: 859-495-0803
E-mail: chris@cwiestlaw.com
*Admitted Pro Hac Vice*

*Counsel for Relator*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2017 a copy of the foregoing S.D.IND.L.R. 6.1 Joint Motion for Stipulated Extension Of Time was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Christopher Wiest
Chris Wiest, AAL PLLC
25 Town Center Blvd, Ste 104
Crestview Hills, KY 41017
chris@cwiestlaw.com

Andrew Dutkanych
Krista A. Willike
BIESECKER DUTKANYCH & MACER, LLC
101 N. 7th Street
Louisville, KY 40202
ad@bdlegal.com
kwillike@bdlegal.com

Shelese M. Woods
U.S. Attorneys' Office
10 West Market Street, Suite 2100
Indianapolis, IN 46204
Shelese.woods@usdoj.gov
Counsel for the United States of America

/s/Rodney L. Scott
Rodney L. Scott, Atty. #14650-49
WATERS, TYLER,
HOFMANN & SCOTT, LLC
1947 East Spring Street
New Albany, IN 47150-1658
Phone: (812) 949-1114
Fax: (812) 949-2189
E-mail: rscott@wthslaw.com