UNITED STATES DISTRICT COURT
Southern District Of Indiana
New Albany Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. JESSICA KIETZMAN<br>Plaintiff | ) | |
| v. | ) | Case No.: 4:16-cv-00009-SEB-DML |
| THE BETHANY CIRCLE OF KING'S DAUGHTERS' OF MADISON, INDIANA, INC. d/b/a/ The King's Daughters' Hospital and Health Services<br>Defendant | ) | |

**ORDER GRANTING JOINT MOTION FOR STIPULATED EXTENSION OF TIME**

The Court, having reviewed the Joint Motion for Stipulated Extension of Time for the Bethany Circle of King's Daughters' of Madison, Indiana, Inc. to Move or Plead in Response to Relator's First Amended Complaint, and being duly advised in the matter, hereby finds that said Motion should be, and the same hereby is, GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant shall have to and including Monday, February 13, 2017 in which to move or plead in response to Realtor's First Amended Complaint.

SO ORDERED. Enter for this _____ day of January, 2017.

s/________________________________
Debra McVicker Lynch,
United States Magistrate Judge

Distribution: All ECF counsel of record