UNITED STATES DISTRICT COURT
Southern District Of Indiana
New Albany Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. JESSICA KIETZMAN<br>Plaintiff | ) | |
| v. | ) | Case No.: 4:16-cv-00009-SEB-DML |
| THE BETHANY CIRCLE OF KING'S DAUGHTERS' OF MADISON, INDIANA, INC. d/b/a/ The King's Daughters' Hospital and Health Services<br>Defendant | ) | |

**MOTION TO APPEAR *PRO HAC VICE***
**FILED ON BEHALF OF ATTORNEY JENNIFER ORR MITCHELL**

**Rodney L. Scott** of the law firm **Waters, Tyler, Hofmann & Scott, LLC** pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting **Jennifer Orr Mitchell** of **Dinsmore & Shohl, LLP** leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of **The Bethany Circle of King's Daughter's of Madison, Indiana, Inc. d/b/a The King's Daughters' Hospital and Health Services** in the above-styled cause only. In support of this motion, the undersigned states:

1. The Certification of **Jennifer Orr Mitchell** as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

2. Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting **Jennifer Orr Mitchell** leave to appear *pro hac vice* for purposes of this cause only.

Dated: January 16, 2017

Respectfully submitted,

/s/ Rodney L. Scott
Rodney L. Scott, #14650-49
WATERS TYLER HOFFMAN SCOTT, LLC
1947 E. Spring Street
New Albany, IN 47150-1658
Telephone: (812) 206-6044
Facsimile: (812) 949-2189
E-mail: rscott@wthslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on **January 16, 2017** a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney **Jennifer Orr Mitchell** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

/s/ Rodney L. Scott
Rodney L. Scott, #14650-49

WATERS TYLER HOFMANN SCOTT, LLC
1947 E. Spring Street
New Albany, IN 47150-1658
Telephone: (812) 206-6044
Facsimile: (812) 949-2189
E-mail: rscott@wthslaw.com