**Exhibit A**

**Certification of Matthew S. Arend**
**In Support of Motion to Appear Pro Hac Vice**

In support of the Motion to Appear Pro Hac Vice filed on my behalf by Rodney L. Scott of the law firm Waters, Tyler, Hofmann & Scott, LLC and pursuant to S. D. Ind. Local Rule 83-6(b), the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): Supreme Court of Ohio (2005); United States District Court, Southern District of Ohio (2005); and the United States Court of Appeals for the Sixth Circuit (2009).

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

I certify that the above information is true and correct.

Dated: January 13, 2017

Respectfully submitted,

/s/ [signature]

Matthew S. Arend, Esq. (OH 0079688)
DINSMORE & SHOHL LLP
255 E. Fifth Street, Suite 1900
Cincinnati, OH 45202
Telephone: (513) 977-8200
Facsimile: (513) 977-8141
E-mail: matthew.arend@dinsmore.com