**Exhibit A**

**Certification of Michael W. Hawkins**
**In Support of Motion to Appear Pro Hac Vice**

In support of the Motion to Appear Pro Hac Vice filed on my behalf by Rodney L. Scott of the law firm Waters, Tyler, Hofmann & Scott, LLC and pursuant to S. D. Ind. Local Rule 83-6(b), the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): Supreme Court of Ohio (11/4/72); United States Court of Appeals for the Sixth Circuit (4/6/77); United States District Court, Southern District of Ohio (6/6/78); United States Supreme Court (1/7/83); United States District Court, Eastern District of Kentucky (9/16/96); United States District Court, Western District of Kentucky (9/25/96); United States District Court, Northern District of Ohio (12/5/05); United States Court of Appeals for the Federal Circuit (11/12/09); United States District Court, Northern District of Illinois (9/11/14); United States District Court of Colorado (4/12/16).

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

I certify that the above information is true and correct.

Dated: January 13, 2017

Respectfully submitted,

/Michael W. Hawkins

Michael W. Hawkins, Esq. (OH 00122707)
DINSMORE & SHOHL LLP
255 E. Fifth Street, Suite 1900
Cincinnati, OH 45202
Telephone: (513) 977-8200
Facsimile: (513) 977-8141
E-mail: michael.hawkins@dinsmore.com