UNITED STATES DISTRICT COURT
Southern District Of Indiana
New Albany Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. JESSICA KIETZMAN<br>Plaintiff | ) | |
| v. | ) | Case No.: 4:16-cv-00009-SEB-DML |
| THE BETHANY CIRCLE OF KING'S DAUGHTERS' OF MADISON, INDIANA, INC. d/b/a/ The King's Daughters' Hospital and Health Services<br>Defendant | ) | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of **Rodney L. Scott** of the law firm **Waters, Tyler, Hofmann & Scott, LLC,** seeking an Order granting **Michael W. Hawkins** of **Dinsmore & Shohl, LLP,** leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of **The Bethany Circle of King's Daughter's of Madison, Indiana, Inc. d/b/a The King's Daughters' Hospital and Health Services** in the above-styled cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

**Michael W. Hawkins, Esq. (OH 00122707)**
**DINSMORE & SHOHL LLP**
**255 E. Fifth Street, Suite 1900**
**Cincinnati, OH 45202**
**Telephone: (513) 977-8200**
**Facsimile: (513) 977-8141**
**Email: michael.hawkins@dinsmore.com**

Dated: ____________

______________________
Debra McVicker Lynch
United States District Court
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF

To PHV applicant via U.S. Mail
DINSMORE & SHOHL LLP
255 E. Fifth Street, Suite 1900
Cincinnati, OH 45202