**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF KENTUCKY**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| **UNITED STATES of AMERICA, ex rel.** **JESSICA KIETZMAN** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CAUSE NO:** 4:16-cv-00009-SEB-DML |
| **THE BETHANY CIRCLE OF KING'S DAUGHTER OF MADISON, INDIANA, INC. d/b/a The King's Daughters' Hospital and Health Services** | ) | |
| **Defendant.** | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

The undersigned, pursuant to L.R. 83-7, moves to withdraw, effective January 18, 2017. The undersigned has given written notice to the client, Mrs. Kietzman more than seven days ago regarding his need to withdraw. Furthermore, Mr. Tom Bruns, Esq., has this same date, mailed a motion for admission *pro hac vice*, along with ECF filing registration, to the Clerk, for overnight delivery on January 18, 2017. Mr. Bruns will be replacing the undersigned as counsel of record, along with Mr. Dutkanych and Ms. Willike, who remain counsel of record for the Plaintiff.

Respectfully submitted,

/s/Christopher Wiest________________
Christopher Wiest
Chris Wiest, Attorney at Law, PLLC
25 Town Center Blvd., Suite 104
Crestview Hills, KY 41017
Telephone: (859) 486-6850
Facsimile: (859) 495-0803
Email: chris@cwiestlaw.com

CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on all counsel of record, through service via the Court's CM/ECF system, this 17th day of January, 2017, and to Thomas Bruns, Esq., via electronic mail.

/s/Christopher Wiest_______________