**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF KENTUCKY**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| **UNITED STATES of AMERICA, ex rel.** | ) | |
| **JESSICA KIETZMAN** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CAUSE NO:** 4:16-cv-00009-SEB-DML |
| | ) | |
| **THE BETHANY CIRCLE OF KING'S** | ) | |
| **DAUGHTER OF MADISON, INDIANA, INC.** | ) | |
| **d/b/a The King's Daughters' Hospital and** | ) | |
| **Health Services** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

The Motion to withdraw by Christopher Wiest is hereby GRANTED.

IT IS SO ORDERED:

______________________________
Judge/Magistrate Judge

Service will be made electronically on all ECF registered Counsel of record via e-mail generated by the Court's ECF system.