UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

FILED

JAN 19 2017

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES OF AMERICA, *ex rel.* JESSICA KIETZMAN :

Plaintiff :

v. : Cause No. 4:16-cv-009-SEB-DML

THE BETHANY CIRCLE OF KING'S DAUGHTERS' OF MADISON, INDIANA, INC. d/b/a The King's Daughters' Hospital and Health Services, :

Defendant

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to S.D. Ind. Local Rule 83-6(a), Thomas B. Bruns, respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiff, Jessica Kieztman, in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.*, currently authorized to practice as an attorney) in the following United States court(s) and/or the state's highest court(s): The Supreme Court of Kentucky (admitted 23 years), The Supreme Court of Ohio (admitted 26 years), U.S. District Court for the Southern District of Ohio (admitted 14 years), U.S. District Court for the Eastern District of Kentucky (admitted 19 years), U.S. Court of Appeals for the Sixth Circuit (admitted 17 years), and U.S. Supreme Court (admitted 13 years).

2. I have never been disbarred or suspended from practice before any court, department, bureau of commission of any state or the United States. I have never received a

reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the Court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. A check in the amount of One Hundred Dollars ($100.00) in payment of the administrative fee required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: January 17 2017.

Respectfully submitted,

Thomas B. Bruns (0051212)
BRUNS, CONNELL, VOLLMAR & ARMSTRONG, LLC
4750 Ashwood Drive, Suite 200
Cincinnati, OH 45241
Phone: 513-312-9890
Fax: 513-800-1263
tbruns@bcvalaw.com
Attorney for Plaintiff, Jessica Kietzman

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2017 a copy of the foregoing was mailed, by first-class U.S. Mail, postage prepaid and properly addressed and/or via electronic mail to the following:

Andrew Dutkanych
Krista A. Willike
Biesecter Dutkanych & Macer, LLC
101 N. 7th St.
Louisville, KY 40202
ad@bdlegal.com
kwillike@bdlegal.com

Shelese M. Woods
U.S. Attorneys' Office
10 West Market St., Suite 2100
Indianapolis, IN 46204
Shelese.woods@usdoj.gov
Counsel for the United States of America

Rodney L. Scott
Waters, Tyler, Hofman Scott, LLC
1947 East Spring St.
New Albany, IN 47150
rscott@wthslaw.com

Michael W. Hawkins
Jennifer Orr Mitchell
Matthew S. Arend
Dismore & Shohl LLP
255 E. Fifth St., Suite 1900
Cincinnati, OH 45202
michael.hawkins@dinsmore.com
jennifer.mitchell@dinsmore.com
matthew.arend@dinsmore.com

Thomas B. Bruns (0051212)

Bruns, Connell, Vollmar & Armstrong, LLC
4750 Ashwood Drive, Suite 200
Cincinnati, OH 45202
513-312-9890
513-800-1263 Fax