Bruns, Connell, Vollmar & Armstrong, LLC
ATTORNEYS AT LAW

January 17, 2017

U.S. District Court
Clerk's Office, Room 105
46 East Ohio Street
Indianapolis, IN 46204

RE: United States of America, *ex rel.* Jessica Kietzman v. The Bethany Circle of King's Daughters' of Madison, Indiana, Inc. d/b/a The King's Daughters' Hospital and Health Services
Cause No. 4:16-cv-009-SEB-DML

Dear Clerk:

Enclosed please find an original and one copy of the Motion to Appear *Pro Hac Vice* with an Order Granting Motion to Appear *Pro Hac Vice* for filing in the above case. I would request a time-stamped copy be returned to me in the enclosed a self-addressed stamped envelope. Also enclosed is a check in the amount of $100.00 for the required administrative fee.

Thank you for your assistance and cooperation.

Very truly yours,

BRUNS, CONNELL, VOLLMAR & ARMSTRONG, LLC

/s/ Thomas B. Bruns

Thomas B. Bruns

TBB/vae
Enclosures
cc: Andrew Dutkanych/Krista A. Willike
Shelese M. Woods
Rodney L. Scott
Michael Hawkins/Jennifer Orr Mitchell/Matthew W. Arend

4750 Ashwood Dr., Ste. 200 | Cincinnati, Ohio 45241 | Direct: 513-312-9890 | Email: tbruns@bcvalaw.com