UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JESSICA KIETZMAN<br><br>Plaintiff<br><br>v.<br><br>THE BETHANY CIRCLE OF KING'S DAUGHTERS' OF MADISON, INDIANA, INC. d/b/a The King's Daughters' Hospital and Health Service,<br><br>Defendant | CAUSE NO. 4:16-cv-009-SEB-DML |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Thomas B. Bruns, counsel for Jessica Kietzman, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is GRANTED.

Thomas B. Bruns
Bruns, Connell, Vollmar & Armstrong, LLC
4750 Ashwood Drive, Suite 200
Cincinnati, OH 45241
513-312-9890
513-800-1263 Fax
tbruns@bcvalaw.com

Dated:________________

______________________________
Judge
United States District Court
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF