FedEx carbon-neutral envelope shipping

Express

ORIGIN ID:CVGA (513) 326-0274
THOMAS B. BRUNS
BCVA LAW
4750 ASHWOOD DRIVE
SUITE 200
CINCINNATI, OH 45241
UNITED STATES US

SHIP DATE: 17JAN17
ACTWGT: 0.20 LB
CAD: 6990749/SSF01722

BILL CREDIT CARD

TO U.S. DISTRICT COURT
CLERK'S OFFICE , ROOM 105
46 EAST OHIO STREET

INDIANAPOLIS IN 46204
(513) 326-0274 REF:
INV:
PO: DEPT:

FedEx Express

E

REL# 3765346

WED - 18 JAN 3:00P
STANDARD OVERNIGHT

TRK# 0201 7853 4394 0306

ND GSHA

46204
IN-US IND

UNITED STATES MARSHAL
X-RAY/MAGNETOMETER

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

RECEIVED
JAN 18 2017
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA