UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel* *Jessica Kietzman,* Relator,<br><br>Plaintiff,<br><br>vs.<br><br>BETHANY CIRCLE OF KING'S DAUGHTERS OF MADISON, INDIANA, INC.,<br><br>Defendant. | ) | No. 4:16-cv-00009-SEB-DML |

## Entry and Order from Pretrial Conference

The parties, by counsel, appeared for an initial pretrial conference on January 23, 2017, with the magistrate judge. The case management plan submitted in this case is approved as modified to include the modifications set forth on the approval page (last page) of the document.

This case is set for a telephone status conference on April 26, 2017, at 10:00 a.m. (Eastern), with Magistrate Judge Debra McVicker Lynch. Counsel are to contact the court at 317.229.3630 to participate in the conference. Where there are multiple counsel from a firm participating in the conference, those counsel are to make arrangements to call the court on a single line.

So ORDERED.

Date: 1/23/17

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system