UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. Jessica Kietzman, | ) | |
| Plaintiff, | ) | |
| | ) | No. 4:16-cv-00009-SEB-DML |
| vs. | ) | |
| BETHANY CIRCLE OF KING'S DAUGHTERS OF MADISON, INDIANA, INC. doing business as KING'S DAUGHTERS' HOSPITAL AND HEALTH SERVICES, | ) | |
| Defendant. | ) | |

## Order Granting Motion to Appear *Pro Hac Vice*

This case is before the court on the defendant's motion for admission *pro hac vice* of Jennifer Orr Mitchell. Having considered the motion, the court determines it should be granted. Therefore, Jennifer Orr Mitchell is granted leave to appear *pro hac vice* in this case on behalf of the defendant. The court FURTHER ORDERS that Jennifer Orr Mitchell register as a user of the court's electronic case filing system by February 3, 2017. Failure to register could result in the revocation of her admission *pro hac vice.*

So ORDERED.

Date: 1/23/17

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Service via first-class U.S. Mail on:

Jennifer Orr Mitchell
DINSMORE & SHOHL LLP
255 East Fifth Street
Suite 1900
Cincinnati, Ohio 45202