UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. JESSICA KIETZMAN, | ) | |
| Relator, | ) | |
| vs. | ) | Case No. 4:16-cv-00009-SEB-DML |
| BETHANY CIRCLE OF KING'S DAUGHTERS OF MADISON, INDIANA, INC. d/b/a KING'S DAUGHTERS' HOSPITAL AND HEALTH SERVICES, | ) | |
| Defendant. | ) | |

## Order Striking Second Amended Complaint

Relator Jessica Kietzman filed a Second Amended Complaint, but she did not seek leave from the court or obtain the opposing party's written consent to do so. The court therefore STRIKES the Second Amended Complaint, at Dkt. 44. Mrs. Kietzman must file a motion for leave to file her Second Amended Complaint.

So ORDERED.

Dated: 2/8/17

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the court's ECF system