UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:16-cv-00009-SEB-DML |
| | ) | |
| BETHANY CIRCLE OF KING'S DAUGHTERS OF MADISON, INDIANA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

The Honorable Sarah Evans Barker, Judge
Entry for February 17, 2017

This cause is hereby ASSIGNED for trial by jury on Monday, January 28, 2019 at 9:30 a.m. in Room 200 of the United States Courthouse in New Albany, Indiana and for final pretrial conference on Tuesday, January 22, 2019 at 2:00 p.m. in Room 216 of the United States Courthouse in Indianapolis, Indiana. **PLEASE NOTE THE INDIANAPOLIS LOCATION OF THE FINAL PRETRIAL CONFERENCE.**

In view of the Expense and Delay Reduction Plan adopted by this District to implement the Civil Justice Reform Act, no continuances of this date are anticipated, absent extraordinary circumstances.

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.