**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| **UNITED STATES of AMERICA, *ex rel.*** | **)** | |
| **JESSICA KIETZMAN** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **v.** | **)** | **CASE NO: 4:16-CV-00009-SEB-DML** |
| | **)** | |
| **THE BETHANY CIRCLE OF KING'S** | **)** | |
| **DAUGHTERS' OF MADISON, INDIANA, INC.** | **)** | |
| **d/b/a The King's Daughters' Hospital and** | **)** | |
| **Health Services** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

The Court having reviewed the Motion for Extension of time for Plaintiff Jessica Kietzman to respond to Defendant's Motion to Dismiss, and being duly advised in the matter, hereby finds that said Motion should be, and the same hereby is, GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff shall have to and including Thursday, March 9, 2017 in which to respond to Defendant's Motion to Dismiss.

SO ORDERED. Enter for this ____ day of ____________, 2017.

______________________________
Debra McVicker Lynch,
United States Magistrate Judge

Distribution: All ECF counsel of record