**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| **UNITED STATES of AMERICA, *ex rel.*** | ) | |
| **JESSICA KIETZMAN** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CAUSE NO. 4:16-cv-00009-SEB-DML** |
| | ) | |
| **THE BETHANY CIRCLE OF KING'S** | ) | |
| **DAUGHTERS' OF MADISON, INDIANA, INC.** | ) | |
| **d/b/a The King's Daughters' Hospital and** | ) | |
| **Health Services** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT WITH JURY DEMAND**

Relator/Plaintiff, Jessica Kietzman, by and through counsel, moves this Court for an order permitting her to file a Second Amended Complaint. Pursuant to L.R. 15-1, the proposed Second Amended Complaint is attached hereto. A proposed Order is likewise attached. A Memorandum in Support is being filed separately.

Respectfully submitted,

s/Thomas B. Bruns

Thomas B. Bruns (0051212)
BRUNS, CONNELL, VOLLMAR &
ARMSTRONG, LLC
4750 Ashwood Drive, Suite 200
Cincinnati, OH 45241
Phone: 513-326-0274
Fax: 513-800-1263
tbruns@bcvalaw.com
*Attorney for Relator/Plaintiff*
*Jessica Kietzman*

Andrew Dutkanych, #23551-49
Krista A. Willike, #32550-10
BIESECKER DUTKANYCH & MACER, LLC
101 N. 7th Street
Louisville, KY 40202
Telephone: (502) 561-3443
Facsimile: (502) 561-3444
E-mails: ad@bdlegal.com
kwillike@bdlegal.com
*Counsel for Relator/Plaintiff, Jessica Kietzman*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2017 a copy of the foregoing was filed via the Court's CM/ECF system, which will provide notice to all counsel.

Rodney L. Scott
Waters, Tyler, Hofman Scott, LLC
1947 East Spring St.
New Albany, IN 47150
rscott@wthslaw.com

Shelese M. Woods
U.S. Attorneys' Office
10 West Market St., Suite 2100
Indianapolis, IN 46204
Shelese.woods@usdoj.gov
Counsel for the United States of America

Michael W. Hawkins
Jennifer Orr Mitchell
Matthew S. Arend
Dismore & Shohl LLP
255 E. Fifth St., Suite 1900
Cincinnati, OH 45202
michael.hawkins@dinsmore.com
jennifer.mitchell@dinsmore.com
matthew.arend@dinsmore.com

s/Thomas B. Bruns
Thomas B. Bruns (0051212)

Bruns, Connell, Vollmar & Armstrong, LLC
4750 Ashwood Drive, Suite 200
Cincinnati, OH 45202
513-312-9890
513-800-1263 Fax