**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| **UNITED STATES of AMERICA, *ex rel.*<br>JESSICA KIETZMAN<br><br>Plaintiff,<br><br>v.<br><br>THE BETHANY CIRCLE OF KING'S DAUGHTERS' OF MADISON, INDIANA, INC. d/b/a The King's Daughters' Hospital and Health Services<br><br>Defendant.** | ) | **CAUSE NO: 4:16-cv-00009-SEB-DML** |

**ORDER GRANTING PLAINTIFF/RELATOR'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT WITH JURY DEMAND**

Plaintiff/Relator's Motion for Leave to File Second Amended Complaint with jury demand is hereby well taken and GRANTED. The Second Amended Complaint, tendered with the motion, is directed to be filed of record by the Clerk as the Second Amended Complaint.

IT IS SO ORDERED:

Date: ______________________

______________________________
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.