**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| **UNITED STATES of AMERICA, *ex rel.* JESSICA KIETZMAN** | ) |
| **Plaintiff,** | ) |
| **v.** | ) **CAUSE NO: 4:16-cv-00009-SEB-DML** |
| **THE BETHANY CIRCLE OF KING'S DAUGHTERS' OF MADISON, INDIANA, INC. d/b/a The King's Daughters' Hospital and Health Services** | ) |
| **Defendant.** | ) |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT WITH JURY DEMAND**

## I. Introduction and Background

Plaintiff, by and through Counsel, seeks leave to file her Second Amended Complaint with jury demand. This case is in its infancy – Defendant has not filed an Answer and, there is a Motion to Dismiss pending, but the Plaintiff's Response has not yet been filed. The undersigned counsel, who is new to the case, reviewed the existing pleadings, and believed clarification is necessary to specify additional details of the complaint. The claims, parties, and essence of the allegations remain the same. These additional details, however, are important to clarify the existing Complaint, and hopefully avoid unnecessary resources over pleading standards.

## II. Law and Argument

FRCP 15(a)(2) provides:

> (2) *Other Amendments.* In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

Leave to amend is only appropriately denied where there is a showing of undue delay, bad faith, dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, or futility of the amendment. *Daugherity v. Traylor Bros., Inc.*, 970 F.2d 348, 351 (7th Cir. 1992). None of these factors are present here. This case is in its infancy and thus factors of bad faith, delay, dilatory motive, and prejudice are not present. More to the point, the amendments at issue involve the same essential facts with the same essential claims.

The differences between the Amended Complaint and Second Amended Complaint add clarifications only. For instance, the Second Amended Complaint makes clear that Relator/Plaintiff is seeking repayment of amounts fraudulently billed to the United States during the period of the applicable statute of limitations (six years), where the Amended Complaint was arguably ambiguous on that score.

The Second Amended Complaint further explains the conspiracy claim: the radiologists involved were independent contractors, who worked in a conspiracy with the Defendant to fraudulently bill the United States.

Defendant has challenged the pleadings in this case. While there certainly are, in Plaintiff's view, sufficient facts plead in the Amended Complaint, the Second Amended Complaint provides even more detail, in the hope of avoiding – or at least reducing – unnecessary and costly motion practice, so that the parties can proceed to moving this case along in accordance with this Court's scheduling order.

## III. CONCLUSION

Relator/Plaintiff's Motion for Leave to File Second Amended Complaint with jury demand should be granted.

Respectfully submitted,

s/Thomas B. Bruns

Thomas B. Bruns (0051212)
BRUNS, CONNELL, VOLLMAR &
ARMSTRONG, LLC
4750 Ashwood Drive, Suite 200
Cincinnati, OH 45241
Phone: 513-326-0274
Fax: 513-800-1263
tbruns@bcvalaw.com
*Attorney for Relator/Plaintiff,*
*Jessica Kietzman*

Andrew Dutkanych, #23551-49
Krista A. Willike, #32550-10
BIESECKER DUTKANYCH & MACER, LLC
101 N. 7th Street
Louisville, KY 40202
Telephone: (502) 561-3443
Facsimile: (502) 561-3444
E-mails: ad@bdlegal.com
kwillike@bdlegal.com
*Counsel for Relator/Plaintiff, Jessica Kietzman*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2017 a copy of the foregoing was filed via the Court's CM/ECF system, which will provide notice to all counsel.

Rodney L. Scott
Waters, Tyler, Hofman Scott, LLC
1947 East Spring St.
New Albany, IN 47150
rscott@wthslaw.com

Shelese M. Woods
U.S. Attorneys' Office
10 West Market St., Suite 2100
Indianapolis, IN 46204
Shelese.woods@usdoj.gov
Counsel for the United States of America

Michael W. Hawkins
Jennifer Orr Mitchell
Matthew S. Arend
Dismore & Shohl LLP
255 E. Fifth St., Suite 1900
Cincinnati, OH 45202
michael.hawkins@dinsmore.com
jennifer.mitchell@dinsmore.com
matthew.arend@dinsmore.com

s/Thomas B. Bruns
Thomas B. Bruns (0051212)

Bruns, Connell, Vollmar & Armstrong, LLC
4750 Ashwood Drive, Suite 200
Cincinnati, OH 45202
513-312-9890
513-800-1263 Fax