**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| **UNITED STATES of AMERICA, *ex rel.*** | ) | |
| **JESSICA KIETZMAN** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO: 4:16-cv-00009-SEB-DML** |
| | ) | |
| **THE BETHANY CIRCLE OF KING'S** | ) | |
| **DAUGHTERS' OF MADISON, INDIANA, INC.** | ) | |
| **d/b/a The King's Daughters' Hospital and** | ) | |
| **Health Services** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

This case is before the court on the relator/plaintiff's Motion for Extension of Time to Respond to Defendant's Motion to Dismiss (Dkt. 49). The court, being duly advised, now GRANTS the motion.

IT IS ORDERED that the plaintiff shall have to and including March 9, 2017 to respond to the defendant's Motion to Dismiss.

Date: 3/1/2017

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system