**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA ex rel. JESSICA KIETZMAN**<br><br>**Plaintiffs,**<br><br>v.<br><br>**THE BETHANY CIRCLE OF KING'S DAUGHTERS' OF MADISON, INDIANA, INC. d/b/a The King's Daughters' Hospital and Health Services,**<br><br>**Defendant.** | : | Case No. 4:16-CV-00009<br><br>District Court Judge Sarah Evans Barker<br>Magistrate Judge Debra McVicker Lynch |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

Defendant The Bethany Circle of King's Daughters' of Madison Indiana, Inc. d/b/a The King's Daughters' Hospital and Health Services ("KDHS") hereby respectfully moves this Court, pursuant to Local Rule 7-1(c)(3), for an order granting KDHS a short extension of time until Wednesday, March 22, 2017 to respond to both: (1) Relator's Motion for Leave to File Second Amended Complaint (Doc. 50); and (2) Relator's Response in Opposition to KDHS's Motion to Dismiss (Doc. 53). Counsel spoke and Relator does not oppose this Motion for a short extension of time for KDHS to file these response and reply briefs, for good cause shown. KDHS's briefs referenced above will be filed on or before March 22, 2017.

Respectfully submitted,

s/ Jennifer Orr Mitchell
Michael W. Hawkins (0012707)
Jennifer Orr Mitchell (0069594)
Matthew S. Arend (0079688)
DINSMORE & SHOHL LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
Phone: (513) 977-8200
Fax.: (513) 977-8141

Rodney L. Scott (14650-49)
WATERS, TYLER, HOFMANN & SCOTT, LLC
1947 East Spring Street
New Albany, IN 47150-1658
(812) 949-1114
Fax: (812) 949-2189
Email: rscott@wthslaw.com

***Counsel for Defendant The Bethany Circle of King's Daughters' of Madison Indiana, Inc. d/b/a The King's Daughters' Hospital and Health Services***

## CERTIFICATE OF SERVICE

I hereby certify on this 14th day of March 2017 that a true and correct copy of the foregoing document was served on all registered parties through the CM/ECF system.

s/ Jennifer Orr Mitchell
Jennifer Orr Mitchell (0069594)