**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| **UNITED STATES of AMERICA, *ex rel.* JESSICA KIETZMAN** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CASE NO: 4:16-cv-00009-SEB-DML** |
| **THE BETHANY CIRCLE OF KING'S DAUGHTERS OF MADISON, INDIANA, INC. d/b/a The King's Daughters' Hospital and Health Services** | ) | |
| **Defendant.** | ) | |

**ORDER DENYING MOTION FOR EXTENSION OF TIME**

This case is before the court on the defendant's Motion for Extension of Time to respond to (1) Relator's Motion for Leave to File Second Amended Complaint (Dkt. 50) and (2) Relator's Response in Opposition to KDHS's Motion to Dismiss (Dkt. 53). However, good cause has not been shown for the requested extension. Therefore, the motion is DENIED, without prejudice.

So ORDERED.

Date: 3/15/2017

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system