**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA ex rel. JESSICA KIETZMAN**<br><br>**Plaintiffs,**<br><br>v.<br><br>**THE BETHANY CIRCLE OF KING'S DAUGHTERS' OF MADISON, INDIANA, INC. d/b/a The King's Daughters' Hospital and Health Services,**<br><br>**Defendant.** | : | Case No. 4:16-CV-00009-SEB-DMV<br><br>District Court Judge Sarah Evans Barker<br>Magistrate Judge Debra McVicker Lynch |

**<u>JOINT MOTION FOR STIPULATED EXTENSION OF TIME</u>**

The parties jointly move this Court for an order directing that Defendant The Bethany Circle of King's Daughters' of Madison Indiana, Inc. d/b/a The King's Daughters' Hospital and Health Services ("KDHS") shall have a short extension of time until Wednesday, March 22, 2017 to respond to both: (1) Relator's Motion for Leave to File Second Amended Complaint (Doc. 50); and (2) Relator's Response in Opposition (Doc. 53) to KDHS's Motion to Dismiss (Doc. 46) in accordance with S.D. Indiana Local Rule 6.1 and 7.1(c)(3). KDHS's filings would have originally been due on March 14, 2017 and March 15, 2017, respectively, but due to the nature of the issues raised by Relator's filings, including a 101-paragraph Proposed Second Amended Complaint asserting proposed amended causes of action under the False Claims Act and a 32-page Response in Opposition to KDHS's Motion to Dismiss, Relator's counsel agreed on March 13, 2017 to a short extension of time until March 22, 2017 for KDHS to respond to both filings. This stipulated one-week extension of time is the first such extension for KDHS, no further such extensions will be requested by KDHS to respond to these filings, and this stipulated

extension will not impact any of the dates established by this Court's case scheduling orders. The parties respectfully request that this short extension of time be granted, for good cause shown.

Respectfully submitted,

s/ Jennifer Orr Mitchell
Michael W. Hawkins (0012707)
Jennifer Orr Mitchell (0069594)
Matthew S. Arend (0079688)
DINSMORE & SHOHL LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
Phone: (513) 977-8200
Fax.: (513) 977-8141

Rodney L. Scott (14650-49)
WATERS, TYLER, HOFMANN & SCOTT, LLC
1947 East Spring Street
New Albany, IN 47150-1658
Phone: (812) 949-1114
Fax: (812) 949-2189
Email: rscott@wthslaw.com

***Counsel for Defendant The Bethany Circle of King's Daughters' of Madison Indiana, Inc. d/b/a The King's Daughters' Hospital and Health Services***

s/ Thomas B. Bruns
Thomas B. Bruns, Esq.
Bruns, Connell, Vollmar & Armstrong LLC
4750 Ashwood Drive, Suite 200
Cincinnati, OH 45241
Phone: (513) 312-9890
Email: tbruns@bcvalaw.com

***Counsel for Relator Jessica Kietzman***

**CERTIFICATE OF SERVICE**

I hereby certify on this 15th day of March 2017 that a true and correct copy of the foregoing document was served on all registered parties through the CM/ECF system.

s/ Jennifer Orr Mitchell
Jennifer Orr Mitchell (0069594)