**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| **UNITED STATES of AMERICA, *ex rel.* JESSICA KIETZMAN** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CASE NO: 4:16-CV-00009-SEB-DML** |
| **THE BETHANY CIRCLE OF KING'S DAUGHTERS OF MADISON, INDIANA, INC. d/b/a The King's Daughters' Hospital and Health Services** | ) | |
| **Defendant.** | ) | |

**ORDER GRANTING JOINT MOTION FOR STIPULATED EXTENSION OF TIME**

This case is before the Court on the Joint Motion for Stipulated Extension of Time for Defendant The Bethany Circle of King's Daughters of Madison Indiana, Inc. d/b/a The King's Daughters' Hospital and Health Services ("KDHS") to respond to (1) Relator's Motion for Leave to File Second Amended Complaint (Doc. 50) and (2) Relator's Response in Opposition (Doc. 53) to KDHS's Motion to Dismiss (Doc. 46). The Court, being duly advised now GRANTS the motion.

It is ORDERED that KDHS shall have to and including Wednesday, March 22, 2017 within which to respond to the above-referenced filings by Relator.

Date:

______________________________
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via email generated by the Court's ECF system