**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| **UNITED STATES of AMERICA, *ex rel.* JESSICA KIETZMAN** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CASE NO: 4:16-cv-00009-SEB-DML** |
| **THE BETHANY CIRCLE OF KING'S DAUGHTERS OF MADISON, INDIANA, INC. d/b/a The King's Daughters' Hospital and Health Services** | ) | |
| **Defendant.** | ) | |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**

This case is before the court on the Joint Motion for Stipulated Extension of Time (Dkt. 56). The court, being duly advised, now GRANTS the motion.

IT IS ORDERED that the defendant has to and including March 22, 2017 to respond to the relator's Motion for Leave to File Second Amended Complaint (Dkt. 50) and to file its reply in support of its motion to dismiss (Dkt. 46).

Date: 3/20/2017

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system