**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| **UNITED STATES of AMERICA, *ex rel*. JESSICA KIETZMAN** | ) |
| **Plaintiff,** | ) |
| **v.** | ) **CAUSE NO: 4:16-CV-00009-SEB-DML** |
| **THE BETHANY CIRCLE OF KING'S DAUGHTERS' OF MADISON, INDIANA, INC. d/b/a The King's Daughters' Hospital and Health Services** | ) |
| **Defendant.** | ) |

**PLAINTIFF/RELATOR'S INITIAL DISCLOSURES TO DEFENDANT**

Plaintiff Jessica Kietzman (hereafter "Plaintiff"), pursuant to FRCP 26(a)(1) of the Federal Rules of Civil Procedure, hereby makes the following initial disclosures based on relevant information and documents reasonably available to her as of the date of these disclosures. With these disclosures, Plaintiff does not represent that she is identifying every document, tangible thing, or person having knowledge or witness potentially relevant to the claims and defenses in this lawsuit. Rather, these disclosures represent Plaintiff's good-faith efforts at this time to identify persons and documents that she may use to support her claims, and other information subject to the requirements of FRCP 26(a)(1).

Plaintiff's disclosures are being made expressly without waiving: (1) the right to object on the grounds of competency, applicable privilege, the attorney work-product doctrine, relevance or materiality, undue burden, hearsay, or any other proper ground to the use of any such information for any purpose, in whole or in part, at any subsequent stage or proceeding in this action or any other action; and (2) the right to object on any and all grounds at any time to other discovery

proceedings involving or relating to the subject matter of these disclosures. Plaintiff also reserves the right to amend and supplement these disclosures as additional information may become available or new issues become relevant to this case.

Pursuant to the foregoing, and FRCP 26(a)(1), Plaintiff makes the following disclosures:

**(A) the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

1. **Jessica Kietzman** – Plaintiff; has knowledge regarding the facts and claims set forth in the Complaint; can be contacted through the undersigned counsel;

2. **Carol Dozier, RN**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

President/CEO who may have information regarding Medicare fraud surrounding the duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement. Also may have information relevant to the retaliatory discharge of Plaintiff.

3. **Lisa Morgan, RN**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

V. P. Patient Services, who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement. Also may have information relevant to the retaliatory discharge of Plaintiff.

3. **Denine Hallgarth**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

V.P. Physician Practice who may have information regarding Medicare fraud surrounding duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

4. **Steve Meacham**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

V.P. Finance/CFO who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

5. **Holly Robinson, M.D.**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

V.P. Quality and Pediatrician who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

6. **Donna Schiphorst**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Executive Secretary who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement and may have information relevant to Mrs. Kietzman's retaliatory discharge.

7. **Tracy Hafer**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Executive Secretary who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement and may have information relevant to Mrs. Kietzman's retaliatory discharge.

8. **Ross Shiels, M.D.**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Locum Tenums Radiation Oncologist who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

9. **William Porter, M.D.**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Radiation Oncologist who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

10. **Shawn Glisson, M.D.**
Norton Hospital
200 E. Chestnut St.
Louisville, KY 40202
(502) 629-8000

Medical Oncologist who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

11. **George Goldsmith, M.D.**
Norton Hospital
200 E. Chestnut St.
Louisville, KY 40202
(502) 629-8000

Medical Oncologist who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

12. **Michael Schmidt, M.D.**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Radiologist who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

13. **William Skiles, M.D.**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Radiologist who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

14. **Kim True**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Nuclear Medicine Technologist/PACS Administrator who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

15. **Brittany Bragg**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Medical Imaging Technologist who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

16. **Bree Heinz**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Radiation Therapist who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

17. **Gina Everett**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Dosimetrist who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

18. **Elizabeth "Beth" Meyer**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Physicist who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

19. **Margie Combs, R.N.**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Director of Risk Management, Patient Safety and Compliance who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

20. **Rachelle Mowery**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Corporate Compliance Representative who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

21. **Joy Yager**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Revenue Cycle Director, and previous Charge Master Specialist and Corporate compliance, who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

22. **Susie Poling**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Human Resources Director who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement. Also may have information relevant to the retaliatory discharge of Plaintiff.

23. **Donna Mills**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Human Resources Employee who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement and may have information relevant to Mrs. Kietzman's retaliatory discharge.

24. **Linda Darnell**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

IT Director/Interim Health Information Systems Director who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

25. **Donna Higginbotham**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Health Information Systems Coder who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

26. **Shina Murdock**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Lynx Coder who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

27. **Andrea Casey, A.P.N.**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Oncology Nurse Practitioner who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

28. **Candace Sigmon, R.N.**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Oncology Nurse who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

29. **Brittany Bradley, RN**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Oncology Nurse who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

30. **Jean Skirvin, R.N.**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Oncology Nurse who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

31. **Neil Hauck, R.N**
Contact information unknown

Former Oncology Nurse who may have information regarding the potential Medicare fraud for duplicate and/or unnecessary billing and unauthorized treatment of patients by nurses submitted for Medicare reimbursement.

32. **Candi Brown, R.N.**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Oncology Nurse who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

33. **Karen Borden**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Oncology Patient Care Technician who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

34. **Ashley McKay**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Oncology Patient Care Technician who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

35. **Jordan Clements**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Oncology Patient Care Technician who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

36. **Carrie Gray**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Oncology Patient Care Technician who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

37. **Julie Applegate**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Oncology Office Coordinator who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

38. **Stacy Bayne**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Cancer Registrar who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

39. **Kira Martin**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Cancer Registry Assistant and Imaging Radiographer who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

40. **Brittany Stewart**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Radiation Therapist who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

41. **Danielle Simon**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Radiation Therapist who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

42. **Katrina True**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Radiation Therapist who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

43. **Scott Castor**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Pharmacy Director and now Director of the Cancer Center, who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement and may have information relevant to Mrs. Kietzman's retaliatory discharge.

44. **Kimberly James**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Medical Staff Coordinator who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

45. **Jan Andrew**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Human Resources Specialist who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement and may have information relevant to Mrs. Kietzman's retaliatory discharge.

46. **Dr. Kelli Hertz**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

OB/GYN who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

47. **Dr. Tina Hendrick**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

OB/GYN who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

48. **Dr. Jennifer Roney**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

OB/GYN who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

49. **Dr. Victoria Shirley**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

OB/GYN who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

50. **Dr. Tobi Hough** (she has moved, location - potentially Shelbyville, IN)

OB/GYN who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

51. **Caryl Liptak** (Now works potentially at Baptist East, otherwise contact information unknown)

Health Information Director who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

52. **Tara Darnold**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Medical Records employee who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

53. **Tammy Keeton**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Medical Records employee who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

54. **Amy Kasper**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Medical Imaging Director who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

55. **Katina Ford**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Medical Records employee who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

56. **Nickie Backus**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Information Technology employee who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

57. **Ron Mundt**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Information Technology employee who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

58. **Anne Koehler**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Information Technology employee who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

59. **Jack Wilhelm**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

KDH employee who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

60. **Randy Foltz**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Business Office Director who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

61. **Rhonda Gosman**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Charge Master Specialist who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

62. **Missy Distel**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Medical Office Building Director who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

63. **Dr. Pecha**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Urologist who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

64. **Dr. Becker**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Urologist who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

65. **Grace Drury**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Business Office employee who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

66. **Debbie Andrews**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Business Office employee who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

67. **Dr. George Alcorn**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Pulmonologist who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

68. **Dr. Adamu**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Surgeon who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

69. **Chelsie Bentz, R.Ph.**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Pharmacist who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

70. **Dana Works**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Imaging Supervisor who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

71. **Valerie Ride**r
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Business Office or health information employee who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

72. **Jennifer Shockley**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Information technology employee who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

73. **Troy Morgan**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Information technology employee who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

74. **Jo Purvis**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Imaging director who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

75. **United States of America**
c/o Shelise Woods, AUSA

One or more witnesses from the United States are expected to have knowledge of the claims paid, and the fact that the claims would have been rejected or reduced had the fraud in question not occurred.

76. **Connie Milner**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Materials Management Director, who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

77. **Karen Schuler**
1373 S.R. 62
Madison, IN 47250
(812) 801-0800

Material Management Employee, who may have information regarding Medicare fraud for duplicate and/or unnecessary billing and inadequate documentation and unauthorized treatment of patients submitted for Medicare reimbursement.

In addition to the foregoing, Defendant and those persons in its initial disclosures would have knowledge regarding the allegations in the pleadings or the responses in the Answer. Those persons identified by Defendant in its initial disclosures may also have knowledge regarding the facts and allegations in this matter. Finally, Plaintiff reincorporates those person(s) mentioned by name in the Complaint or any amendment thereto, to the extent that they are not already included.

The above list of persons is as complete as reasonably possible at this point in time given the current posture of this litigation. Plaintiff reserves the right to supplement this list as names become available to it in the discovery process.

**(B) a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

Plaintiff may use non-privileged information/documents she has in her possession, custody, or control related to the allegations in the Complaint; Plaintiff is in the process of obtaining counseling billing records to support claims for medical special damages; and any documents or other tangible things obtained from other parties through discovery. Plaintiff reserves the right to use any document identified by any party in the course of these proceedings.

**(C) a computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

a. Lost Wages: Mrs. Kietzman claims lost wages, and double damage wages of $109,913.31.[1]

[1] Mrs. Kietzman was terminated on October 5, 2015. Her salary was $80,000 per year, plus benefits. That amount gets doubled – to $160,000 per annum, plus double the cost of the benefits in question, before there are any setoffs. *Neal v. Honeywell*, 191 F.3d 827, 831-32 (7th Cir. 1999); 995 F. Supp. 889, 896-97 (N.D. Ill. 1998). From October, 2015, through April, 2016, she was unemployed (approximately 7 months), for a total of $13,333.33 per month, or $93,333.33. Unemployment benefits then get subtracted ($390/week x

b. Medical Special Damages: charges for counseling of $7,800.

c. Pain and Suffering/Emotional Damages: in an amount to be determined by the jury at trial, $291,523.41.

d. Qui Tam Repayments: Defendant is liable under 31 USC 3729, for three times the amount of false claims submitted to the United States, estimated to be a total of at least $50,000 for the duplicate radiation treatment planning procedure, for a total of $150,000 (trebled), and estimated to be a total of $250,000 for the OB/GYN scanning, for a total of $750,000 (trebled). For a grand total of at least $900,000. Plaintiff reserves the right to supplement this amount.[2]

e. Civil Penalties: Defendant is liable under 31 USC 3729 for civil penalties for each falsely submitted claim of $5,000 to $10,000 per false claim. Plaintiff estimates at least 150 false claims for the duplicate radiation treatment planning procedure, and at least 500 false claims for the OB/GYN scanning. Thus, the civil penalties sought are at least $6,500,000.

f. Attorney Fees: Plaintiff is entitled to her reasonable attorney fees, which will only go up as this matter proceeds. Plaintiff will seek prevailing market rate for fees at the time of the fee submittal under the lodestar method approved by federal courts.

**(D) for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Plaintiff is unaware of any such documents of insurance coverage.

---

28 weeks) from that amount, for a total subtraction of $10,920, for the sum of $82,413.33. From May, 2016 through October, 2016, Mrs. Kietzman found new employment, at a salary of $105,000 per annum, or $8,750 per month. The $8,750 gets subtracted from the $13,333.33, for the sum of $4,583.33 per month, for 6 months, or $27,499.98. In November, 2016, Mrs. Kietzman's rate of pay at her current employer was increased to over $160,000, ending the special damages for double back pay. The total lost wage claim, under *Neal*, is thus $109,913.31, plus double damages for lost benefits from October 5, 2015 through May, 2016.

[2] Plaintiff has not yet confirmed the exact scope and amount of fraudulent billing, and thus, at present, these sums are not included in any formal demand that has been present. That demand will be revised once confirmation of the exact amount of fraudulent billing is determined.

Respectfully submitted,

*s/Thomas B. Bruns*

Thomas B. Bruns (0051212)
BRUNS, CONNELL, VOLLMAR & ARMSTRONG, LLC
4750 Ashwood Drive, Suite 200
Cincinnati, OH 45241
Phone: 513-312-9890
Fax: 513-800-1263
tbruns@bcvalaw.com
*Counsel for Plaintiff/Relator Jessica Kietzman*
*Admitted Pro Hac Vice*

Andrew Dutkanych, #23551-49
Krista A. Willike, #32550-10
BIESECKER DUTKANYCH & MACER, LLC
101 N. 7th Street
Louisville, KY 40202
Telephone: (502) 561-3443
Facsimile: (502) 561-3444
E-mails: ad@bdlegal.com
kwillike@bdlegal.com
*Counsel for Plaintiff/Relator Jessica Kietzman*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2017 a copy of the foregoing was filed via the Court's CM/ECF system, which will provide notice to all counsel.

Rodney L. Scott
Waters, Tyler, Hofman Scott, LLC
1947 East Spring St.
New Albany, IN 47150
rscott@wthslaw.com

Shelese M. Woods
U.S. Attorneys' Office
10 West Market St., Suite 2100
Indianapolis, IN 46204
Shelese.woods@usdoj.gov
Counsel for the United States of America

Michael W. Hawkins
Jennifer Orr Mitchell
Matthew S. Arend
Dismore & Shohl LLP
255 E. Fifth St., Suite 1900
Cincinnati, OH 45202
michael.hawkins@dinsmore.com
jennifer.mitchell@dinsmore.com
matthew.arend@dinsmore.com

s/Thomas B. Bruns

Thomas B. Bruns (0051212)

Bruns, Connell, Vollmar & Armstrong, LLC
4750 Ashwood Drive, Suite 200
Cincinnati, OH 45202
513-312-9890
513-800-1263 Fax