UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. Jessica Kietzman,<br><br>Plaintiff,<br><br>vs.<br><br>BETHANY CIRCLE OF KING'S DAUGHTERS OF MADISON, INDIANA, INC. d/b/a KING'S DAUGHTERS' HOSPITAL AND HEALTH SERVICES,<br><br>Defendant. | ) | No. 4:16-cv-00009-SEB-DML |

## Order Striking Rule 26 Disclosures

According to Federal Rule of Civil Procedure 5(d), discovery materials – including disclosures made under Rule 26(a) – may be filed with the court only in certain circumstances. Despite being styled as a Notice of Service of Initial Disclosures, the plaintiff/relator filed her actual initial disclosures. Therefore the court STRIKES the plaintiff/relator's Rule 26 Disclosures (Dkt. 58), filed March 21, 2017.

So ORDERED.

Date: March 22, 2017

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system