**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA ex rel. JESSICA KIETZMAN**<br><br>**Plaintiffs,**<br><br>v.<br><br>**THE BETHANY CIRCLE OF KING'S DAUGHTERS' OF MADISON, INDIANA, INC. d/b/a The King's Daughters' Hospital and Health Services,**<br><br>**Defendant.** | : | Case No. 4:16-CV-00009-SEB-DML<br><br>District Court Judge Sarah Evans Barker<br>Magistrate Judge Debra McVicker Lynch<br><br>**DEFENDANT'S MOTION FOR ORAL ARGUMENT ON ITS RESPONSE IN OPPOSITION TO RELATOR'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Defendant The Bethany Circle of King's Daughters' of Madison Indiana, Inc. d/b/a The King's Daughters' Hospital and Health Services ("KDHS") hereby respectfully requests oral argument on its Response in Opposition to Relator's Motion for Leave to File Second Amended Complaint, pursuant to Local Rule 7-5(a). As set forth in KDHS's opposition, there are still significant deficiencies in Relator's proposed Second Amended Complaint that warrant oral argument so as to address them fully with this Court. KDHS estimates that any hearing on this matter should last approximately one hour if heard at oral argument together with Defendant's Motion to Dismiss.

Respectfully submitted,

s/ Jennifer Orr Mitchell

Michael W. Hawkins (0012707)
Jennifer Orr Mitchell (0069594)
Matthew S. Arend (0079688)
DINSMORE & SHOHL LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
Phone: (513) 977-8200
Fax.: (513) 977-8141

Rodney L. Scott (14650-49)
WATERS, TYLER, HOFMANN & SCOTT, LLC
1947 East Spring Street
New Albany, IN 47150-1658
(812) 949-1114
Fax: (812) 949-2189
Email: rscott@wthslaw.com

***Counsel for Defendant The Bethany Circle of King's Daughters' of Madison Indiana, Inc. d/b/a The King's Daughters' Hospital and Health Services***

**CERTIFICATE OF SERVICE**

I hereby certify on this 22nd day of March 2017 that a true and correct copy of the foregoing document was served on all registered parties through the CM/ECF system.

s/ Jennifer Orr Mitchell
Jennifer Orr Mitchell (0069594)