**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA ex rel. JESSICA KIETZMAN**<br><br>**Plaintiffs,**<br><br>v.<br><br>**THE BETHANY CIRCLE OF KING'S DAUGHTERS' OF MADISON, INDIANA, INC. d/b/a The King's Daughters' Hospital and Health Services,**<br><br>**Defendant.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 4:16-CV-00009-SEB-DML<br><br>District Court Judge Sarah Evans Barker<br>Magistrate Judge Debra McVicker Lynch<br><br>**DEFENDANT'S MOTION TO DISMISS RELATOR'S SECOND AMENDED COMPLAINT** |

Defendant The Bethany Circle of King's Daughters' of Madison Indiana, Inc. d/b/a The King's Daughters' Hospital and Health Services ("KDHS") hereby files this Motion to Dismiss Relator's Second Amended Complaint pursuant to Federal Rules of Civil Procedure 8, 9 (b), and 12(b)(6) for failure to state a claim upon which relief can be granted and failure to plead her claims with the required particularity.

Respectfully submitted,

s/ Jennifer Orr Mitchell

Michael W. Hawkins (OH 0012707)
Jennifer Orr Mitchell (OH 0069594)
Matthew S. Arend (OH 0079688)
DINSMORE & SHOHL LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
Phone: (513) 977-8200
Fax.: (513) 977-8141

Rodney L. Scott (14650-49)
WATERS, TYLER, HOFMANN &
SCOTT, LLC
1947 East Spring Street
New Albany, IN 47150-1658
(812) 949-1114
Fax: (812) 949-2189
Email: rscott@wthslaw.com

***Counsel for Defendant The Bethany Circle of King's Daughters' of Madison Indiana, Inc. d/b/a The King's Daughters' Hospital and Health Services***

**CERTIFICATE OF SERVICE**

I hereby certify on this 10th day of April, 2017 that a true and correct copy of the foregoing document was served on all registered parties through the CM/ECF system:

s/ Jennifer Orr Mitchell
Jennifer Orr Mitchell (0069594)