**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA ex rel. JESSICA KIETZMAN**<br><br>**Plaintiffs,**<br><br>v.<br><br>**THE BETHANY CIRCLE OF KING'S DAUGHTERS' OF MADISON, INDIANA, INC. d/b/a The King's Daughters' Hospital and Health Services,**<br><br>**Defendant.** | : | Case No. 4:16-CV-00009-SEB-DML<br><br>District Court Judge Sarah Evans Barker<br>Magistrate Judge Debra McVicker Lynch<br><br>**DEFENDANT'S MOTION FOR ORAL ARGUMENT ON ITS MOTION TO DISMISS RELATOR'S SECOND AMENDED COMPLAINT** |

Defendant The Bethany Circle of King's Daughters' of Madison Indiana, Inc. d/b/a The King's Daughters' Hospital and Health Services ("KDHS") hereby respectfully requests oral argument on its Motion to Dismiss Relator's Second Amended Complaint, pursuant to Local Rule 7-5(a). As set forth in KDHS's motion to dismiss and memorandum in support, there are significant pleading deficiencies in Relator's Second Amended Complaint that warrant oral argument so that KDHS's motion may be addressed fully with this Court. Oral argument would address any questions this Court may have regarding the bases for dismissal set forth KDHS's motion to dismiss. KDHS estimates that any hearing on this matter should last one hour or less.

Respectfully submitted,

s/ Jennifer Orr Mitchell
Michael W. Hawkins (0012707)
Jennifer Orr Mitchell (0069594)
Matthew S. Arend (0079688)
DINSMORE & SHOHL LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
Phone: (513) 977-8200
Fax.: (513) 977-8141

Rodney L. Scott (14650-49)
WATERS, TYLER, HOFMANN &
SCOTT, LLC
1947 East Spring Street
New Albany, IN 47150-1658
(812) 949-1114
Fax: (812) 949-2189
Email: rscott@wthslaw.com

***Counsel for Defendant The Bethany Circle of King's Daughters' of Madison Indiana, Inc. d/b/a The King's Daughters' Hospital and Health Services***

**CERTIFICATE OF SERVICE**

I hereby certify on this 10th day of April, 2017 that a true and correct copy of the foregoing document was served on all registered parties through the CM/ECF system.

s/ Jennifer Orr Mitchell
Jennifer Orr Mitchell (0069594)