**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| **UNITED STATES of AMERICA, *ex rel.*<br>JESSICA KIETZMAN**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE BETHANY CIRCLE OF KING'S DAUGHTERS' OF MADISON, INDIANA, INC. d/b/a The King's Daughters' Hospital and Health Services**<br><br>**Defendant.** | **)** | **CAUSE NO: 4:16-cv-00009-SEB-DML** |

**ORDER GRANTING JOINT MOTION FOR STIPULATED EXTENSION OF TIME**

This case is before the court on the relator/plaintiff and defendant's Joint Motion for Stipulated Extension of Time for relator/plaintiff to file her preliminary witness and exhibit lists. The court, being duly advised, now GRANTS the motion.

IT IS ORDERED that relator/plaintiff shall have to and including April 21, 2017 to file her preliminary witness and exhibit lists.

Date: ______________________

______________________________
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.