**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| **UNITED STATES of AMERICA, ex rel. JESSICA KIETZMAN** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CASE NO: 4:16-CV-00009-SEB-DML** |
| **THE BETHANY CIRCLE OF KING'S DAUGHTERS' OF MADISON, INDIANA, INC. d/b/a The King's Daughters' Hospital and Health Services** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S PRELIMINARY EXHIBIT AND WITNESS LIST**

Plaintiff/Relator, Jessica Kietzman ("Plaintiff"), provides the following preliminary exhibit and witness list, pursuant to the Court's case management plan.

This list is based on relevant information and documents reasonably available to Plaintiff as of the date of these disclosures. With this list, Plaintiff does not represent that she is identifying every document, tangible thing, person having knowledge or witness potentially relevant to the claims and defenses in this lawsuit. Rather, these disclosures represent Plaintiff's good-faith efforts at this time to identify persons and documents that she may use to support her claims.

Plaintiff's list is being made expressly without waiving: (1) the right to object on the grounds of competency, applicable privilege, the attorney work-product doctrine, relevance or materiality, undue burden, hearsay, or any other proper ground to the use of any such information for any purpose, in whole or in part, at any subsequent stage or proceeding in this action or any other action; and (2) the right to object on any and all grounds at any time to other discovery proceedings involving or relating to the subject matter of these disclosures. Plaintiff also reserves

the right to amend and supplement this list as additional information may become available or new issues become relevant to this case.

### A. Preliminary Witness List

Plaintiff identifies the following as her preliminary witness list, subject to the limitations and reservations set forth above:

(1) Plaintiff;
(2) Carol Dozier;
(3) Lisa Morgan;
(4) Denine Hallgarth;
(5) Donna Schiphorst;
(6) Tracy Hafer;
(7) Ross Shiels, M.D.;
(8) Shawn Glisson, M.D.;
(9) Michael Schmidt, M.D.;
(10) William Skiles, M.D.;
(11) Kim True;
(12) Bree Heinz;
(13) Gina Everett;
(14) Elizabeth "Beth" Meyer;
(15) Margie Combs, R.N.;
(16) Rachelle Mowery;
(17) Joy Yager;
(18) Susie Poling;
(19) Linda Darnell;
(20) Donna Higginbotham;
(21) Candace Sigmon, R.N.;
(22) Julie Applegate;
(23) Brittany Bradley;
(24) Scott Castor;
(25) Dr. Kelli Hertz;
(26) Dr. Tina Hendrick;
(27) Dr. Jennifer Roney;
(28) Missy Distel;
(29) Dr. Pecha;
(30) Dr. Becker;
(31) Shawn Kietzman;
(32) Robert Pimlott, LMFT

In addition to the foregoing, Plaintiff intends to call one or more experts, who have not been identified and will likely not be identified until later in the discovery process (and specifically

after the receipt of written documentation that has been requested of Defendant in discovery and the taking of a FRCP 30(b)(6) deposition of the Defendant). Potential topics for expert testimony include, without limitation: (1) the medical necessity of repeated scanning procedures and billing for such repeated procedures; (2) financial analysis of the amount of fraudulent overbilling to the United States; and (3) economist testimony as to lost revenue, earnings, and benefits from the period starting on the date of Plaintiff's unlawful discharge by Defendant, until November, 2016, as well as any offsets thereto, among others.

**B. Preliminary Exhibit List**

Plaintiff identifies the following as her preliminary exhibit list, subject to the limitations and reservations set forth above:

1. The billing records from Defendant, from January, 2010 to the present, for Medicare patients, for radiology services (both components) for the initial diagnostic scan and radiation treatment planning.
2. Certifications and similar submissions to CMS, from January, 2010, to the present, for Medicare patients, for radiology services (both components) for the initial diagnostic scan and radiation treatment planning.
3. E-mail dated approximately August 1, 2014, from Margie Combs to the other Indiana hospitals that participated in the same risk retention group as KDHS, inquiring into whether they billed CMS for the second scan.
4. E-mails dated approximately August 1, 2014, responding to the Combs' August 1, 2014 e-mail, from Indiana hospitals that participated in the same risk retention group as KDHS, inquiring into whether they billed CMS for the second scan.

5. E-mail dated approximately October 2, 2014, from Mrs. Everett to Mrs. Dozier, Mrs. Kietzman, and other representatives of the Cancer Center proposing that the Cancer Center utilize a particular CPT code for treatment planning in order to help support the issue of the radiologists not reading the treatment planning CT scans.
6. E-mail dated approximately February 12, 2015, from Jo Purvis to Mrs. Kietzman, and copying Dozier and Poling, regarding Mrs. Meyer's "inappropriate" comments about the fraudulent billing.
7. E-mail dated approximately September 15, 2015, from Ms. Higginbotham, an HIMS coder to the Cancer Center employees, including Mrs. Kietzman, to discuss a meeting that occurred regarding radiation oncology.
8. E-mail dated September 15, 2015, at 3:26 p.m., from Kim True to Mrs. Kietzman, Dozier, and others, the Nuclear Medicine Technologist and PACS Administrator, responding to Ms. Higginbotham's email stating that the current process of the radiologists reading the treatment planning CT scans was approved by Ms. Dozier per an email dated February 4, 2015.
9. E-mail dated September 15, 2015, at 4:09 p.m., from Mrs. Kietzman to True and others, stating that it was her impression that the radiologists were reading treatment planning CT scans, but not charging for them.
10. E-mail dated September 15, 2015, at 5:30 p.m., from Mrs. Dozier to Mrs. Kietzman's email stating, "[w]hy would you copy all these people on this question? This is unprofessional."

11. Email dated September 15, 2015, at 6:56 p.m., from Mrs. Dozier to Mrs. Kietzman apologizing if the email sounded harsh and stating, “the radiologists are very sensitive on this and when we mention charging, they get defensive.”
12. E-mail dated September 16, 2015, at 1:05 p.m., by Lisa Morgan to Mrs. Kietzman, requesting that Mrs. Kietzman meet with her to discuss the email exchange from the previous day.
13. E-mail response dated September 16, 2015, from Mrs. Kietzman to Lisa Morgan, responding and indicating that she was available all day to meet with her.
14. E-mail dated September 30, 2015, from Ms. Gosman stating that, if radiology was charging for planning, then the CT acquisition charge would need to be inactivated to avoid duplicate billing.
15. E-mail dated September 30, 2015 from Rachelle Mowery, a Corporate Compliance representative, responding and stating that RadPlanning was not being performed in the Medical Imaging Department.
16. Termination letter dated October 2, 2015 regarding Mrs. Kietzman.
17. Letter from Mrs. Kietzman, placed in her file, indicating that her termination was solely due to her ongoing opposition to the fraudulent billing of Medicare by KDHS, and retaliation by Mrs. Dozier and Mrs. Morgan for Mrs. Kietzman not looking the other way.
18. Personnel records, and reviews of Mrs. Kietzman.
19. Wage and benefit statements and other employment compensation records of Mrs. Kietzman with Defendant.

20. Records and discovery responses from Plaintiff's First Set of Discovery, propounded on Defendant on March 28, 2017.

21. Counseling records related to Mrs. Kietzman with Robert Pimlott, LMFT, and invoices related thereto.

Respectfully submitted,

s/Thomas B. Bruns

Thomas B. Bruns (0051212)
BRUNS, CONNELL, VOLLMAR & ARMSTRONG, LLC
4750 Ashwood Drive, Suite 200
Cincinnati, OH 45241
Phone: 513-312-9890
Fax: 513-800-1263
tbruns@bcvalaw.com
*Counsel for Plaintiff/Relator Jessica Kietzman*
*Admitted Pro Hac Vice*

Andrew Dutkanych, #23551-49
Krista A. Willike, #32550-10
BIESECKER DUTKANYCH & MACER, LLC
101 N. 7th Street
Louisville, KY 40202
Telephone: (502) 561-3443
Facsimile: (502) 561-3444
E-mails: ad@bdlegal.com
kwillike@bdlegal.com
*Counsel for Plaintiff/Relator Jessica Kietzman*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2017 a copy of the foregoing was filed via the Court's CM/ECF system, which will provide notice to all counsel.

Rodney L. Scott
Waters, Tyler, Hofman Scott, LLC
1947 East Spring St.
New Albany, IN 47150
rscott@wthslaw.com

Shelese M. Woods
U.S. Attorneys' Office
10 West Market St., Suite 2100
Indianapolis, IN 46204
Shelese.woods@usdoj.gov
Counsel for the United States of America

Michael W. Hawkins
Jennifer Orr Mitchell
Matthew S. Arend
Dismore & Shohl LLP
255 E. Fifth St., Suite 1900
Cincinnati, OH 45202
michael.hawkins@dinsmore.com
jennifer.mitchell@dinsmore.com
matthew.arend@dinsmore.com

s/Thomas B. Bruns
Thomas B. Bruns (0051212)

Bruns, Connell, Vollmar & Armstrong, LLC
4750 Ashwood Drive, Suite 200
Cincinnati, OH 45202
513-312-9890
513-800-1263 Fax