UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel Jessica Kietzman,* Relator,<br><br>Plaintiff,<br><br>vs.<br><br>BETHANY CIRCLE OF KING'S DAUGHTERS OF MADISON, INDIANA, INC.,<br><br>Defendant. | ) | No. 4:16-cv-00009-SEB-DML |

## Entry from Status Conference and Order to Show Cause

A telephone status conference was held on April 26, 2017, with the magistrate judge. The Relator appeared by counsel. The defendant failed to appear. Within seven days of the date of this entry, counsel for the defendant are to show cause, in writing, why they should not be sanctioned for their failure to participate in the status conference.

So ORDERED.

Date: 4/27/17

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system