**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| **UNITED STATES of AMERICA, *ex rel.* JESSICA KIETZMAN** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CAUSE NO: 4:16-CV-00009-SEB-DML** |
| **THE BETHANY CIRCLE OF KING'S DAUGHTERS' OF MADISON, INDIANA, INC. d/b/a The King's Daughters' Hospital and Health Services** | ) | |
| **Defendant.** | ) | |

**JOINT MOTION FOR STIPULATED EXTENSION OF TIME**

The parties jointly move this Court for an order directing that Relator/Plaintiff, Jessica Kietzman shall have a short extension of time until Wednesday, May 3, 2017 to file her memorandum in opposition to Defendant, The Bethany Circle of King's Daughters' of Madison Indiana, Inc. d/b/a The King's Daughters' Hospital and Health Services' Motion to Dismiss and Memorandum in Support. This was necessitated by the press of business. Therefore, and for good cause shown, the parties respectfully request that this short extension of time be granted.

Respectfully submitted,

s/Thomas B. Bruns

Thomas B. Bruns (0051212)
BRUNS, CONNELL, VOLLMAR & ARMSTRONG, LLC
4750 Ashwood Drive, Suite 200
Cincinnati, OH 45241
Phone: 513-312-9890
Fax: 513-800-1263
tbruns@bcvalaw.com
*Counsel for Plaintiff/Relator, Jessica Kietzman*

Andrew Dutkanych, #23551-49
Krista A. Willike, #32550-10
BIESECKER DUTKANYCH & MACER, LLC
101 N. 7th Street
Louisville, KY 40202
Phone: 502-561-3443
Fax: 502-561-3444
Emails: ad@bdlegal.com
kwillike@bdlegal.com
*Counsel for Plaintiff/Relator, Jessica Kietzman*

s/Jennifer Orr Mitchell

Michael W. Hawkins (0012707)
Jennifer Orr Mitchell (0069594)
Matthew S. Arend (0079688)
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
Phone: 513-977-8200
Fax: 513-977-8141
michael.hawkins@dinsmore.com
jennifer.mitchell@dinsmore.com
matthew.arend@dinsmore.com

Rodney L. Scott (14650-49)
Waters, Tyler, Hofman Scott, LLC
1947 East Spring Street
New Albany, IN 47150
Phone: 812-949-1114
Fax: 812-949-2189
rscott@wthslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2017 that a true and correct copy of the foregoing was served on all registered parties through the Court's CM/ECF system.

s/Thomas B. Bruns

Thomas B. Bruns (0051212)