**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA ex rel. JESSICA KIETZMAN** | : | Case No. 4:16-CV-00009-SEB-DML |
| | : | District Court Judge Sarah Evans Barker |
| **Plaintiffs,** | : | Magistrate Judge Debra McVicker Lynch |
| v. | : | |
| **THE BETHANY CIRCLE OF KING'S DAUGHTERS' OF MADISON, INDIANA, INC. d/b/a The King's Daughters' Hospital and Health Services,** | : | **DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE** |
| **Defendant.** | : | |

Counsel for Defendant The Bethany Circle of King's Daughters' of Madison Indiana, Inc. d/b/a The King's Daughters' Hospital and Health Services ("KDHS") sincerely apologizes to the Magistrate Judge and Relator's counsel for our inadvertent failure to appear for the telephone status conference held on April 26, 2017. In checking the docket yesterday upon receiving the Court's order to show cause, it appears the order setting the telephone status conference was entered just before the orders granting Dinsmore's pro hac vice admissions. Thus, Dinsmore attorneys were not included on the ECF notice from the Court regarding the status conference and it was regrettably lost in the shuffle and not calendared by us. We acknowledge we should have been more diligent in monitoring the docket and ensuring all dates set by the Court were calendared and will ensure that we do so going forward. We have been regularly communicating with Relator's counsel about motions, discovery, and potential resolution of this matter, including on the afternoon of April 26, 2017, unaware of our oversight regarding the status conference. We are available at the Court's convenience to discuss this

matter further or for a status conference, either in person or telephonically, should the Court so desire, and again apologize to the Court for our oversight.

Respectfully submitted,

s/ Jennifer Orr Mitchell
Michael W. Hawkins (0012707)
Jennifer Orr Mitchell (0069594)
Matthew S. Arend (0079688)
DINSMORE & SHOHL LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
Phone: (513) 977-8200
Fax.: (513) 977-8141

Rodney L. Scott (14650-49)
WATERS, TYLER, HOFMANN & SCOTT, LLC
1947 East Spring Street
New Albany, IN 47150-1658
(812) 949-1114
Fax: (812) 949-2189
Email: rscott@wthslaw.com

***Counsel for Defendant The Bethany Circle of King's Daughters' of Madison Indiana, Inc. d/b/a The King's Daughters' Hospital and Health Services***

**CERTIFICATE OF SERVICE**

I hereby certify on this 28th day of April 2017 that a true and correct copy of the foregoing document was served on all registered parties through the CM/ECF system.

s/ Jennifer Orr Mitchell
Jennifer Orr Mitchell (0069594)