**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA ex rel. JESSICA KIETZMAN**<br><br>**Plaintiffs,**<br><br>v.<br><br>**THE BETHANY CIRCLE OF KING'S DAUGHTERS' OF MADISON, INDIANA, INC. d/b/a The King's Daughters' Hospital and Health Services,**<br><br>**Defendant.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 4:16-CV-00009-SEB-DML<br><br>District Court Judge Sarah Evans Barker<br>Magistrate Judge Debra McVicker Lynch<br><br>**DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE** |

Co-Counsel for Defendant The Bethany Circle of King's Daughters' of Madison Indiana, Inc. d/b/a The King's Daughters' Hospital and Health Services ("KDHS") sincerely apologizes to the Magistrate Judge, her staff and Relator's counsel for his inadvertent failure to appear for the telephone status conference held on April 26, 2017. The order setting this telephone status conference was not calendared as a result of a clerical error initially made by temporary staff. I am embarrassed by the error as it is not at all the undersigned's pattern or practice to miss Court dates or deadlines. I acknowledge I should have been more diligent in monitoring this important administrative function and coordinating attendance and attention to all dates set by the Court with co-counsel.

Respectfully submitted,

s/ Rodney L. Scott
Rodney L. Scott (14650-49)
WATERS, TYLER, HOFMANN & SCOTT, LLC
1947 East Spring Street
New Albany, IN 47150-1658
(812) 949-1114
Fax: (812) 949-2189

Email: rscott@wthslaw.com

***Co-Counsel for Defendant The Bethany Circle of King's Daughters' of Madison Indiana, Inc. d/b/a The King's Daughters' Hospital and Health Services***

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2017 a copy of the foregoing Defendant's Response to Order to Show Cause was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Andrew Dutkanych
Krista A. Willike
BIESECKER DUTKANYCH & MACER, LLC
101 N. 7th Street
Louisville, KY 40202
ad@bdlegal.com
kwillike@bdlegal.com
*Counsel for Plaintiff*

Thomas B. Bruns
Bruns, Connell, Vollmar & Armstrong, LLC
4750 Ashwood Drive, Suite 200
Cincinnati, OH 45241
tbruns@bcvalaw.com
*Counsel for Plaintiff – Pro Hac Vice*

Michael W. Hawkins (0012707)
Jennifer Orr Mitchell (0069594)
Matthew S. Arend (0079688)
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
michael.hawkins@dinsmore.com
jennifer.mitchell@dinsmore.com
matthew.arend@dinsmore.com

s/Rodney L. Scott
Rodney L. Scott, Atty. #14650-49
WATERS, TYLER,
HOFMANN & SCOTT, LLC

1947 East Spring Street
New Albany, IN 47150-1658
Phone: (812) 949-1114
Fax: (812) 949-2189
E-mail: rscott@wthslaw.com