**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| **UNITED STATES of AMERICA, *ex rel.*** | **)** | |
| **JESSICA KIETZMAN** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **v.** | **)** | **CAUSE NO: 4:16-cv-00009-SEB-DML** |
| | **)** | |
| **THE BETHANY CIRCLE OF KING'S** | **)** | |
| **DAUGHTERS' OF MADISON, INDIANA, INC.** | **)** | |
| **d/b/a The King's Daughters' Hospital and** | **)** | |
| **Health Services** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |

**ORDER GRANTING JOINT MOTION FOR STIPULATED EXTENSION OF TIME**

This case is before the court on the Relator/Plaintiff and Defendant's Joint Motion for Stipulated Extension of Time for Relator/Plaintiff, Jessica Kietzman, to file her Memorandum in Opposition to Defendant's Motion to Dismiss and Memorandum in Support. The Court, being duly advised, now GRANTS the Motion.

IT IS ORDERED that Relator/Plaintiff shall have to and including May 3, 2017 to file her Memorandum in Opposition.

Date: ______________________

______________________________
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.