UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel Jessica Kietzman,* Relator,<br><br>Plaintiff,<br><br>vs.<br><br>BETHANY CIRCLE OF KING'S DAUGHTERS OF MADISON, INDIANA, INC.,<br><br>Defendant. | ) | No. 4:16-cv-00009-SEB-DML |

## Entry Discharging Order to Show Cause

The court, having reviewed the return to the order to show cause, hereby determines that the show cause issued to defendant's counsel on April 27, 2017 (Dkt. 72), for failure to appear for the April 26, 2017 status conference, is DISCHARGED. However, because of counsel's failure, the court finds that the defendant will not be permitted to participate by telephone in future conferences before the magistrate judge in this case. Unless otherwise specifically directed, counsel for defendant are to appear at the New Albany Division Clerk's Office and check in with a deputy clerk for all future conferences in this case before the magistrate judge. That counsel will then be directed to participate in any status conference by telephone from the courthouse.

So ORDERED.

Date: 5/1/17

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the court's ECF system