UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. Jessica Kietzman, Plaintiff, | ) | No. 4:16-cv-00009-SEB-DML |
| vs. | ) | |
| BETHANY CIRCLE OF KING'S DAUGHTERS OF MADISON, INDIANA, INC., d/b/a KING'S DAUGHTERS' HOSPITAL AND HEALTH SERVICES, Defendant. | ) | |

## Order on Joint Motion for Extension of Time

This case is before the court on the parties' Joint Motion for Extension of Time (Dkt. 73). The court, being duly advised, now GRANTS the motion.

IT IS ORDERED that the relator/plaintiff has until May 3, 2017 to file her response in opposition to the defendant's Motion to Dismiss.

Dated: May 2, 2017

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system