**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA ex rel. JESSICA KIETZMAN**<br><br>**Plaintiffs,**<br><br>v.<br><br>**THE BETHANY CIRCLE OF KING'S DAUGHTERS' OF MADISON, INDIANA, INC. d/b/a The King's Daughters' Hospital and Health Services,**<br><br>**Defendant.** | : | Case No. 4:16-CV-00009-SEB-DML<br><br>District Court Judge Sarah Evans Barker<br>Magistrate Judge Debra McVicker Lynch<br><br>**DEFENDANT'S PRELIMINARY WITNESS AND EXHIBIT LIST** |

Defendant, The Bethany Circle of King's Daughters' of Madison Indiana, Inc. d/b/a The King's Daughters' Hospital and Health Services ("KDHS"), provides the following preliminary witness and exhibit list, pursuant to the Court's case management plan entered on January 23, 2017.

This preliminary list is based upon information and documents known to KDHS at this time after the exercise of reasonable diligence. KDHS reserves the right to amend its disclosure in accordance with subsequent developments, as well as to object to the use or introduction into evidence of the information and documents identified below. By making these disclosures, KDHS does not waive its right to object on the basis of attorney-client privilege, the work product doctrine, or any other applicable objection.

**A. Preliminary Witness List**

KDHS identifies the following individuals as its preliminary witness list, subject to the limitations and reservations set forth above:

1. Jessica Kietzman;

2. Carol Dozier;
3. Lisa Morgan ;
4. Rhonda Gosman;
5. Joy Yager;
6. Bree Heinz;
7. Gina Everett;
8. Margie Combs;
9. Kim True;
10. Jo Purvis;
11. Amy Kasper;
12. Donna Higginbotham;
13. Sue Poling;
14. Ross Shiels, M.D.;
15. William Porter, M.D.;
16. Shawn Glisson, M.D.;
17. George Goldsmith, M.D.;
18. Michael Schmidt, M.D.;
19. William Skiles, M.D.;
20. Rachelle Mowery;
21. Candace Sigmon;
22. Andrea Casey;
23. Jean Skirvin;
24. Stacy Bayne;

25. Julie Wehrner;
26. Brittany Bradley;
27. Chelsea Bentz;
28. Scott Castor;
29. Any and all expert witnesses identified by either party in accordance with the Court's case management plan;
30. Any witnesses who will be deposed prior to trial;
31. Other witnesses unknown at this time who may be later identified in discovery or persons having knowledge of the facts and/or circumstances of the facts alleged by Relator;
32. All persons identified by Relator in her Preliminary Witness List, discovery, or otherwise;
33. All witnesses necessary for rebuttal or impeachment of any witness identified and/or called by Relator at any hearing and/or trial in the matter;
34. As discovery continues, KDHS reserves the right to supplement this list to identify additional individuals, including expert witnesses, who may have information relevant to the claims and defenses in this matter.

KDHS reserves the right to present additional witnesses, as well as those supplied by the Relator, for purposes of impeachment, rebuttal or on cross-examination. KDHS reserves the right to object to the admissibility of any of these witnesses at trial.

**B. Preliminary Exhibit List**

KDHS identifies the following individuals as its preliminary witness list, subject to the limitations and reservations set forth above:

1. Radiology billing records from January 19, 2010 to the present;
2. KDHS policies and procedures relating to radiology billing;
3. Meeting minutes relating to radiology billing;
4. Any and all correspondence between KDHS and CMS or any other representative of the U.S. Government relating to radiology procedures for from January 19, 2010 to the present;
5. Relator's personnel file;
6. Any and all e-mails, records, or documents taken by Keitzman upon departure from KDHS;
7. Any and all materials relating to KDHS and/or any of the facts alleged in Realtor's pleadings provided to the U.S. Government by Relator;
8. Any and all records of any correspondence or meetings between Relator and the U.S. Government regarding KDHS and/or any of the facts alleged in Realtor's pleadings;
9. KDHS urology billing records relating to the placement of fiducial markers;
10. Any records of communications between Relator and KDHS employees and/or representatives relating to any of the facts alleged in Realtor's pleadings.
11. All expert reports from any expert identified by either party in accordance with the Court's case management plan;
12. The pleadings served and/or filed in this action;
13. The parties' responses to interrogatories and requests for admission;
14. Any exhibits necessary for rebuttal or impeachment;
15. Any and all depositions, including deposition exhibits, taken in this case;

16. As discovery continues, KDHS reserves the right to supplement this list to identify any and all additional exhibits in its possession, but not yet reviewed, which are supportive of any of its claims or defenses, with such documents to be produced in accordance with the Court's case management plan.

KDHS reserves the right to present additional exhibits, as well as those supplied by the Relator, for purposes of impeachment, rebuttal or on cross-examination. KDHS reserves the right to object to the admissibility of any of these exhibits at trial.

Respectfully submitted,

s/ Jennifer Orr Mitchell
Michael W. Hawkins (OH 0012707)
Jennifer Orr Mitchell (OH 0069594)
Matthew S. Arend (OH 0079688)
DINSMORE & SHOHL LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
Phone: (513) 977-8200
Fax.: (513) 977-8141

Rodney L. Scott, (#14650-49)
WATERS TYLER HOFMAN SCOTT, LLC
1947 E. Spring Street
New Albany, IN 47150-1658
Phone: (812) 206-6044
Fax: (812) 949-2189
***Counsel for Defendant The Bethany Circle of King's Daughters' of Madison Indiana, Inc. d/b/a The King's Daughters' Hospital and Health Services***

**CERTIFICATE OF SERVICE**

I hereby certify on this 19th day of May, 2017 that a true and correct copy of the foregoing document was served on all registered parties through the CM/ECF system:

s/ Jennifer Orr Mitchell
Jennifer Orr Mitchell (0069594)