**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

**UNITED STATES of AMERICA, *ex rel*. JESSICA KIETZMAN**

**Plaintiff,**

**v.** **CAUSE NO: 4:16-CV-00009-SEM-DML**

**THE BETHANY CIRCLE OF KING'S DAUGHTERS' OF MADISON, INDIANA, INC. d/b/a The King's Daughters' Hospital and Health Services**

**Defendant.**

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

Krista A. Willike, counsel for Plaintiff, Jessica Kietzman, respectfully requests that this Court grant her leave to withdraw her appearance in accordance with Local Rule 83-7, and in support of this Motion states as follows: A copy of this Motion was served on Plaintiff on September 18, 2017. Good cause exists for the Court to grant this Motion as the undersigned is no longer with Biesecker, Dutkanych & Macer, LLC, attorneys for Plaintiff. Plaintiff will not be prejudiced should the Court grant the Motion to Withdraw, and Andrew Dutkanych will continue to represent Plaintiff.

Respectfully submitted,

/s/ Krista A. Willike
Krista A. Willike
BIESECKER DUTKANYCH & MACER, LLC
101 N. Seventh Street
Louisville, Kentucky 40202
Telephone: (502) 561-3443
Facsimile: (502) 561-3444
Email: ad@bdlegal.com
kwillike@bdlegal.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2017, the foregoing was served via the Court's electronic filing system upon the following:

Rodney L. Scott
Waters, Tyler, Hofman Scott, LLC
1947 East Spring St.
New Albany, IN 47150
rscott@wthslaw.com

Michael W. Hawkins
Jennifer Orr Mitchell
Matthew S. Arend
Dismore & Shohl LLP
255 E. Fifth St., Suite 1900
Cincinnati, OH 45202
michael.hawkins@dinsmore.com
jennifer.mitchell@dinsmore.com
matthew.arend@dinsmore.com

*Counsel for Defendant*

/s/ Krista A. Willike
Krista A. Willike