**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| **UNITED STATES of AMERICA, *ex rel*. JESSICA KIETZMAN** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CAUSE NO: 4:16-CV-00009-SEM-DML** |
| | ) | |
| **THE BETHANY CIRCLE OF KING'S DAUGHTERS' OF MADISON, INDIANA, INC. d/b/a The King's Daughters' Hospital and Health Services** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Krista A. Willike, counsel for Plaintiff, Jessica Kietzman, having filed her Motion to Withdraw as Attorney of Record, and the Court being duly advised in its premises, hereby GRANTS said Motion.

**IT IS THEREFORE ORDERED** that Krista A. Willike of the law firm BIESECKER, DUTKANYCH & MACER is no longer attorney of record for the Plaintiff, Jessica Kietzman.

____________________________________
JUDGE/MAGISTRATE JUDGE
SOUTHERN DISTRICT OF INDIANA

Distributed to: Counsel of record.