**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| **UNITED STATES of AMERICA, *ex rel*. JESSICA KIETZMAN** | ) |
| **Plaintiff,** | ) |
| **v.** | ) **CASE NO: 4:16-cv-00009-SEB-DML** |
| **THE BETHANY CIRCLE OF KING'S DAUGHTERS' OF MADISON, INDIANA, INC. d/b/a The King's Daughters' Hospital and Health Services** | ) |
| **Defendant.** | ) |

**ORDER**

This case is before the court on Krista Willike's Motion to Withdraw as Attorney of Record (Dkt. 82). The court, being duly advised, now GRANTS the motion.

IT IS ORDERED that the appearance of attorney Krista A. Willike on behalf of Jessica Kietzman is WITHDRAWN. Andrew Dutkanych and Thomas Bruns remain as counsel of record for Jessica Kietzman.

Date: 9/22/2017

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system