**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| **UNITED STATES of AMERICA, *ex rel.* JESSICA KIETZMAN** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CAUSE NO: 4:16-CV-00009-SEB-DML** |
| **THE BETHANY CIRCLE OF KING'S DAUGHTERS' OF MADISON, INDIANA, INC. d/b/a The King's Daughters' Hospital and Health Services** | ) | |
| **Defendant.** | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, Jessica Kietzman, by and through her counsel, hereby stipulates to the dismissal, with prejudice, of all her remaining claims in this matter pursuant to Rule 41(a)(I)(ii) of the Federal Rules of Civil procedure. The parties shall each bear their own costs and attorneys' fees with respect to the litigation in this matter.

**SO ORDERED: ____________________**

**DATED: __________________________**

s/Thomas B. Bruns

Thomas B. Bruns (0051212)
BRUNS, CONNELL, VOLLMAR & ARMSTRONG, LLC
4750 Ashwood Drive, Suite 200
Cincinnati, OH 45241
Phone: 513-312-9890
Fax: 513-800-1263
tbruns@bcvalaw.com
*Counsel for Plaintiff/Relator, Jessica Kietzman*

Andrew Dutkanych, #23551-49
Krista A. Willike, #32550-10
BIESECKER DUTKANYCH & MACER, LLC
101 N. 7th Street
Louisville, KY 40202
Phone: 502-561-3443
Fax: 502-561-3444
Emails: ad@bdlegal.com
kwillike@bdlegal.com
*Counsel for Plaintiff/Relator, Jessica Kietzman*

s/Jennifer Orr Mitchell

Michael W. Hawkins (0012707)
Jennifer Orr Mitchell (0069594)
Matthew S. Arend (0079688)
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
Phone: 513-977-8200
Fax: 513-977-8141
michael.hawkins@dinsmore.com
jennifer.mitchell@dinsmore.com
matthew.arend@dinsmore.com

Rodney L. Scott (14650-49)
Waters, Tyler, Hofman Scott, LLC
1947 East Spring Street
New Albany, IN 47150
Phone: 812-949-1114
Fax: 812-949-2189
rscott@wthslaw.com
*Counsel for Defendant, The Bethany Circle of King's Daughters' of Madison, Indiana, Inc. d/b/a The King's Daughters' Hospital and Health Services*