**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| **UNITED STATES of AMERICA, *ex rel.* JESSICA KIETZMAN** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CAUSE NO: 4:16-CV-00009-SEB-DML** |
| **THE BETHANY CIRCLE OF KING'S DAUGHTERS' OF MADISON, INDIANA, INC. d/b/a The King's Daughters' Hospital and Health Services** | ) | |
| **Defendant.** | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, Jessica Kietzman, by and through her counsel, hereby stipulates to the dismissal, with prejudice, of all her remaining claims in this matter pursuant to Rule 41(a)(I)(ii) of the Federal Rules of Civil procedure. The parties shall each bear their own costs and attorneys' fees with respect to the litigation in this matter.

**SO ORDERED.**

**DATED:** 7/31/2018

[signature]

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF